

**E-FILED**
Friday, 21 April, 2006  03:07:31 PM
Clerk, U.S. District Court, ILCD



## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA

FILED

APR 2 0 2006

SEALED

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 06- 10033 |
| | ) | |
| ADREIN BENNETT, | ) | VIO: 21 U.S.C. §§841(a)(1), 841(b)(1)(A) |
| TERRY BENNETT, | ) | 841(b)(1)(B), 841(b)(1)(C) and 846; |
| NEASHON WASHINGTON, | ) | 18 U.S.C. §2 |
| DOUGLAS SHERMAN, and | ) | |
| KONTYUS ROBINSON, | ) | |
| | ) | |
| Defendants. | ) | |

### INDICTMENT

The Grand Jury charges:

### Count 1
### (Conspiracy to Distribute Cocaine Base Crack)

From in or about 2004 to in or about 2006, in Peoria County within the Central

District of Illinois, and elsewhere,

**ADREIN BENNETT,**
**TERRY  BENNETT,**
**NEASHON  WASHINGTON,**
**DOUGLAS  SHERMAN, and**
**KONTYUS  ROBINSON,**

the defendants herein, did knowingly conspire, confederate, and agree with other

persons, to commit certain acts in violation of the laws of the United States, to wit:  to

knowingly distribute cocaine base (crack), a Schedule II controlled substance, in

1

violation of Title 21, United States Code, §§841(a)(1) and 841(b)(1)(A).

2.      This conspiracy involved more than fifty (50) grams of a mixture and substance containing cocaine base (crack).

## OVERT ACTS

3.      In furtherance of the conspiracy and to accomplish its objective of distributing cocaine base (crack), the defendant and other persons, did commit overt acts, including but not limited to the following:

A.      On July 25, 2005, Neashon Washington drove Adrein Bennett to a location in Peoria where Adrein Bennett delivered a mixture and substance containing cocaine base (crack).

B.      On July 28, 2005, Adrein Bennett directed Neashon Washington to deliver a mixture and substance containing cocaine base (crack).

C.      On August 9, 2005, Terry Bennett drove Adrein Bennett to a location in Peoria where he delivered a mixture and substance containing cocaine base (crack).

D.      On August 15, 2005, Adrein Bennett directed Neashon Washington to deliver a mixture and substance containing cocaine base (crack).

E.      On August 18, 2005, Adrein Bennett and Neashon Washington delivered a mixture and substance containing cocaine base (crack).

F.      On August 24, 2005, Adrein Bennett directed Neashon Washington to deliver a mixture and substance containing cocaine base (crack).

G.    On September 7, 2005, Kontyus Robinson drove Adrein Bennett to a location in Peoria where he delivered a mixture and substance containing cocaine base (crack).

H.    On September 9, 2005, Kontyus Robinson delivered a mixture and substance containing cocaine base (crack) to an individual in Peoria on two separate occasions.

I.    On September 13, 2005, Terry Bennett drove Adrein Bennett to a location in Peoria where he delivered a mixture and substance containing cocaine base (crack).

J.    On September 16, 2005, Terry Bennett directed Douglas Sherman and Kontyus Robinson to deliver a mixture and substance containing cocaine base (crack) to an individual in Peoria.

K.    On September 20, 2005, Adrein Bennett delivered a mixture and substance containing cocaine base (crack) to an individual in Peoria.

L.    On October 14, 2005, Adrein Bennett and Neashon Washington delivered a mixture and substance containing cocaine base (crack) to an individual in Peoria.

M.    On October 21, 2005, Adrein Bennett delivered a mixture and substance containing cocaine base (crack) to an individual in Peoria.

N.    On October 26, 2005, Adrein Bennett directed Neashon Washington to deliver a mixture and substance containing cocaine base (crack).

3

O.    On November 2, 2005, Adrein Bennett directed Neashon

Washington to deliver a mixture and substance containing cocaine base (crack).

P.    On November 15, 2005, Neashon Washington delivered a mixture

and substance containing cocaine base (crack).

Q.    During the period of the conspiracy, the persons involved

trafficked in approximately more than fifty (50) grams of a mixture and substance

containing cocaine base (crack).

All in violation of Title 21, United States Code §§846 and 841(b)(1)(A).

### Count 2
### (Distribution of Cocaine Base (Crack))

On or about July 25, 2005,, in Peoria, within the Central District of Illinois,

**ADREIN BENNETT**
**and**
**NEASHON WASHINGTON,**

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

### Count 3
### (Distribution of Cocaine Base (Crack))

On or about July 28, 2005, in Peoria, within the Central District of Illinois,

**ADREIN BENNETT**
**and**
**NEASHON WASHINGTON,**

the defendants herein, did knowingly distribute a mixture and substance containing

4

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, §2.

## Count 4
### (Distribution of Cocaine Base (Crack))

On or about August 9, 2005, in Peoria, within the Central District of Illinois,

**ADREIN BENNETT**
**and**
**TERRY BENNETT,**

the defendants herein, did knowingly distribute a mixture and substance containing cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, §2.

## Count 5
### (Distribution of Cocaine Base (Crack))

On or about August 15, 2005, in Peoria, within the Central District of Illinois,

**ADREIN BENNETT**
**and**
**NEASHON WASHINGTON,**

the defendants herein, did knowingly distribute a mixture and substance containing cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, §2.

## Count 6
### (Distribution of Cocaine Base (Crack))

On or about August 18, 2005, in Peoria, within the Central District of Illinois,

**ADREIN BENNETT
and
NEASHON WASHINGTON,**

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

## Count 7
### (Distribution of Cocaine Base (Crack))

On or about August 24, 2005, in Peoria, within the Central District of Illinois,

**ADREIN BENNETT
and
NEASHON WASHINGTON,**

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

## Count 8
### (Distribution of Cocaine Base (Crack))

On or about September 7, 2005, in Peoria, within the Central District of Illinois,

**ADREIN BENNETT
and
KONTYUS ROBINSON,**

### Count 11
**(Distribution of Cocaine Base (Crack))**

On or about September 13, 2005, in Peoria, within the Central District of Illinois,

**ADREIN BENNETT**
**and**
**TERRY BENNETT,**

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

### Count 12
**(Distribution of Cocaine Base (Crack))**

On or about September 16, 2005, in Peoria, within the Central District of Illinois,

**ADREIN BENNETT,**
**DOUGLAS SHERMAN, and**
**KONTYUS ROBINSON,**

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

### Count 13
**(Distribution of Cocaine Base (Crack))**

On or about September 20, 2005, in Peoria, within the Central District of Illinois,

**ADREIN BENNETT,**

8

the defendant herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

### Count 14
### (Distribution of Cocaine Base (Crack))

On or about October 14, 2005, in Peoria, within the Central District of Illinois,

**ADREIN BENNETT**
**and**
**NEASHON WASHINGTON,**

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

### Count 15
### (Distribution of Cocaine Base (Crack))

On or about October 21, 2005, in Peoria, within the Central District of Illinois,

**ADREIN BENNETT,**

the defendant herein, did knowingly distribute five (5) grams or more of a mixture and

substance containing cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(B), and Title

18, United States Code, §2.

9

### Count 16
**(Distribution of Cocaine Base (Crack))**

On or about October 26, 2005, in Peoria, within the Central District of Illinois,

**ADREIN BENNETT
and
NEASHON WASHINGTON,**

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

### Count 17
**(Distribution of Cocaine Base (Crack))**

On or about November 2, 2005, in Peoria, within the Central District of Illinois,

**ADREIN BENNETT
and
NEASHON WASHINGTON,**

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

### Count 18
**(Distribution of Cocaine Base (Crack))**

On or about November 15, 2005, in Peoria, within the Central District of Illinois,

**NEASHON WASHINGTON,**

the defendant herein, did knowingly distribute five (5) grams or more of a mixture and

substance containing cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, §2.

A True Bill

s/ Foreperson
**Foreperson**

s/ U.S. Attorney
**RODGER A. HEATON**
UNITED STATES ATTORNEY
KTC/ksr

11





## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

APR 2 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 06- 10033 |
| | ) |
| ADREIN BENNETT, | ) VIO: 21 U.S.C. §§841(a)(1), 841(b)(1)(A) |
| TERRY BENNETT, | ) 841(b)(1)(B), 841(b)(1)(C) and 846; |
| NEASHON WASHINGTON, | ) 18 U.S.C. §2 |
| DOUGLAS SHERMAN, and | ) |
| KONTYUS ROBINSON, | ) |
| | ) |
| Defendants. | ) |

SEALED

## INDICTMENT

The Grand Jury charges:

### Count 1
### (Conspiracy to Distribute Cocaine Base Crack)

From in or about 2004 to in or about 2006, in Peoria County within the Central

District of Illinois, and elsewhere,

**ADREIN BENNETT,
TERRY BENNETT,
NEASHON WASHINGTON,
DOUGLAS SHERMAN, and
KONTYUS ROBINSON,**

the defendants herein, did knowingly conspire, confederate, and agree with other

persons, to commit certain acts in violation of the laws of the United States, to wit: to

knowingly distribute cocaine base (crack), a Schedule II controlled substance, in

1

violation of Title 21, United States Code, §§841(a)(1) and 841(b)(1)(A).

2.    This conspiracy involved more than fifty (50) grams of a mixture and substance containing cocaine base (crack).

## OVERT ACTS

3.    In furtherance of the conspiracy and to accomplish its objective of distributing cocaine base (crack), the defendant and other persons, did commit overt acts, including but not limited to the following:

A.    On July 25, 2005, Neashon Washington drove Adrein Bennett to a location in Peoria where Adrein Bennett delivered a mixture and substance containing cocaine base (crack).

B.    On July 28, 2005, Adrein Bennett directed Neashon Washington to deliver a mixture and substance containing cocaine base (crack).

C.    On August 9, 2005, Terry Bennett drove Adrein Bennett to a location in Peoria where he delivered a mixture and substance containing cocaine base (crack).

D.    On August 15, 2005, Adrein Bennett directed Neashon Washington to deliver a mixture and substance containing cocaine base (crack).

E.    On August 18, 2005, Adrein Bennett and Neashon Washington delivered a mixture and substance containing cocaine base (crack).

F.    On August 24, 2005, Adrein Bennett directed Neashon Washington to deliver a mixture and substance containing cocaine base (crack).

2

G.    On September 7, 2005, Kontyus Robinson drove Adrein Bennett to a location in Peoria where he delivered a mixture and substance containing cocaine base (crack).

H.    On September 9, 2005, Kontyus Robinson delivered a mixture and substance containing cocaine base (crack) to an individual in Peoria on two separate occasions.

I.    On September 13, 2005, Terry Bennett drove Adrein Bennett to a location in Peoria where he delivered a mixture and substance containing cocaine base (crack).

J.    On September 16, 2005, Terry Bennett directed Douglas Sherman and Kontyus Robinson to deliver a mixture and substance containing cocaine base (crack) to an individual in Peoria.

K.    On September 20, 2005, Adrein Bennett delivered a mixture and substance containing cocaine base (crack) to an individual in Peoria.

L.    On October 14, 2005, Adrein Bennett and Neashon Washington delivered a mixture and substance containing cocaine base (crack) to an individual in Peoria.

M.    On October 21, 2005, Adrein Bennett delivered a mixture and substance containing cocaine base (crack) to an individual in Peoria.

N.    On October 26, 2005, Adrein Bennett directed Neashon Washington to deliver a mixture and substance containing cocaine base (crack).

3

O.      On November 2, 2005, Adrein Bennett directed Neashon

Washington to deliver a mixture and substance containing cocaine base (crack).

P.      On November 15, 2005, Neashon Washington delivered a mixture

and substance containing cocaine base (crack).

Q.      During the period of the conspiracy, the persons involved

trafficked in approximately more than fifty (50) grams of a mixture and substance

containing cocaine base (crack).

All in violation of Title 21, United States Code §§846 and 841(b)(1)(A).

## Count 2
### (Distribution of Cocaine Base (Crack))

On or about July 25, 2005,, in Peoria, within the Central District of Illinois,

### ADREIN BENNETT
### and
### NEASHON WASHINGTON,

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

## Count 3
### (Distribution of Cocaine Base (Crack))

On or about July 28, 2005, in Peoria, within the Central District of Illinois,

### ADREIN BENNETT
### and
### NEASHON WASHINGTON,

the defendants herein, did knowingly distribute a mixture and substance containing

4

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

## Count 4
### (Distribution of Cocaine Base (Crack))

On or about August 9, 2005, in Peoria, within the Central District of Illinois,

### ADREIN BENNETT
### and
### TERRY BENNETT,

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

## Count 5
### (Distribution of Cocaine Base (Crack))

On or about August 15, 2005, in Peoria, within the Central District of Illinois,

### ADREIN BENNETT
### and
### NEASHON WASHINGTON,

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

5

## Count 6
### (Distribution of Cocaine Base (Crack))

On or about August 18, 2005, in Peoria, within the Central District of Illinois,

### ADREIN BENNETT
### and
### NEASHON WASHINGTON,

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

## Count 7
### (Distribution of Cocaine Base (Crack))

On or about August 24, 2005, in Peoria, within the Central District of Illinois,

### ADREIN BENNETT
### and
### NEASHON WASHINGTON,

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

## Count 8
### (Distribution of Cocaine Base (Crack))

On or about September 7, 2005, in Peoria, within the Central District of Illinois,

### ADREIN BENNETT
### and
### KONTYUS ROBINSON,

6

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

## Count 9
### (Distribution of Cocaine Base (Crack))

On or about September 9, 2005, in Peoria, within the Central District of Illinois,

**ADREIN BENNETT**
**and**
**KONTYUS ROBINSON,**

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

## Count 10
### (Distribution of Cocaine Base (Crack))

On or about September 9, 2005, in Peoria, within the Central District of Illinois,

**ADREIN BENNETT**
**and**
**KONTYUS ROBINSON,**

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

7

## Count 11
### (Distribution of Cocaine Base (Crack))

On or about September 13, 2005, in Peoria, within the Central District of Illinois,

### ADREIN BENNETT
### and
### TERRY BENNETT,

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

## Count 12
### (Distribution of Cocaine Base (Crack))

On or about September 16, 2005, in Peoria, within the Central District of Illinois,

### ADREIN BENNETT,
### DOUGLAS SHERMAN, and
### KONTYUS ROBINSON,

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

## Count 13
### (Distribution of Cocaine Base (Crack))

On or about September 20, 2005, in Peoria, within the Central District of Illinois,

### ADREIN BENNETT,

8

the defendant herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

## Count 14
### (Distribution of Cocaine Base (Crack))

On or about October 14, 2005, in Peoria, within the Central District of Illinois,

**ADREIN BENNETT**
**and**
**NEASHON WASHINGTON,**

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

## Count 15
### (Distribution of Cocaine Base (Crack))

On or about October 21, 2005, in Peoria, within the Central District of Illinois,

**ADREIN BENNETT,**

the defendant herein, did knowingly distribute five (5) grams or more of a mixture and

substance containing cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(B), and Title

18, United States Code, §2.

9

## Count 16
### (Distribution of Cocaine Base (Crack))

On or about October 26, 2005, in Peoria, within the Central District of Illinois,

### ADREIN BENNETT
### and
### NEASHON WASHINGTON,

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

## Count 17
### (Distribution of Cocaine Base (Crack))

On or about November 2, 2005, in Peoria, within the Central District of Illinois,

### ADREIN BENNETT
### and
### NEASHON WASHINGTON,

the defendants herein, did knowingly distribute a mixture and substance containing

cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, §2.

## Count 18
### (Distribution of Cocaine Base (Crack))

On or about November 15, 2005, in Peoria, within the Central District of Illinois,

### NEASHON WASHINGTON,

the defendant herein, did knowingly distribute five (5) grams or more of a mixture and

10

substance containing cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(B), and Title

18, United States Code, §2.

A True s/Foreperson

**Foreperson**

s/Brad Murphy

**RODGER A. HEATON**
UNITED STATES ATTORNEY
KTC/ksr

11