E-FILED
Friday, 28 April, 2006  10:15:30 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff | )<br>)<br>)<br>) CASE NO. 06-10033<br>) |
| Adrein Bennett (01) | )<br>) |
| Neashon Washington (03)<br>Kontyus Robinson (05)<br>Defendant | )<br>)<br>) |

FILE
APR 27 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **2:30 p.m.** on **Friday, June 16, 2006.**

This matter is set for Jury Trial at **8:30 a.m.** on **Monday, June 26, 2006**

at

[X ] Peoria, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspectio in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 27th day of April, 2006

s/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE

E-FILED
Friday, 28 April, 2006  10:47:41 AM
Clerk, U.S. District Court, ILCD



# United States District Court
## Central District of Illinois

# MEMORANDUM

---

TO:      AUSA's, Deputy Federal Defenders, and CJA Attorneys involved in criminal cases in my Court

FROM:    Michael M. Mihm, U.S. District Judge    s/MICHAEL M. MIHM

DATE:    April 7, 2006

SUBJECT: Continuances

---

    A problem has developed over the last few months regarding motions for continuances of trial dates and sentencing dates. So many requests have been filed and granted that the Court now has substantial periods of greatly reduced trial settings and sentencing hearings in April, but very heavy trial and sentencing schedules in May, June, and July.

    The bottom line is, I will no longer routinely grant Motions to Continue trials and sentencing hearings.

    For future reference, Motions to Continue trial or sentencing hearings where the Motion is the first such motion filed in the case will normally be granted. Any second or subsequent Motions to Continue trial or sentencing will not be looked upon with favor. Please keep this in mind as your case proceeds. Thank you for your cooperation.

MMM/cjg