**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

E-FILED
Thursday, 04 May, 2006 01:51:43 PM
Clerk, U.S. District Court, ILCD

FILED
MAY - 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | WARRANT FOR ARREST |
| Plaintiff | ) | |
| | ) **SEALED** | RECEIVED 2006 APR 24 P 1:49 |
| vs | ) | MARSHALS SERVICE |
| | ) | CASE NO. 06-10033-001 |
| Adrein Bennett | ) | |
| Defendant | | |

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest Adrein Bennett, and bring him forthwith to the nearest magistrate judge to answer an Indictment charging him with:

Count 1: Conspiracy to Distribute Cocaine Base (crack), in violation of Title 21, United States Code, Section(s) 846 and 841(b)(1)(A)

Counts 2-14, 16, 17: Distribution of Cocaine Base (crack), in violation of Title 21 USC 841(a)(1) and 841(b)(1)(C) and 18 USC 2

Count 15: Distribution of Cocaine Base (crack), in violation of 21 USC 841(a)(1) and 841(b)(1)(B) and 18 USC 2.

s/ John M. Waters

**JOHN M. WATERS**                          **CLERK U.S. DISTRICT COURT**
Name of Issuing Officer                     Title of Issuing Officer

s/ T. Kelch                                 April 21, 2006 at Peoria, Illinois
Signature of Issuing Officer                Date and Location

**Bail fixed at $ NO BOND by U.S. DISTRICT JUDGE MICHAEL M. MIHM.**

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _Peoria_

| Date Received 4/24/06 | Name of Arresting Officer S/A's | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 4/27/06 | Title of Arresting Officer F.B.I. | s/Officer |