E-FILED
Wednesday, 17 May, 2006 01:07:07 PM
Clerk, U.S. District Court, ILCD

FILED
MAY 17 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

06-10033

Dear Judge Mihm

How are you doing, I hope your wonderful. My name is Rickita Sanders and I'm writing you in reguards of Adrain Bennett. I know that the kind of lifestyle he was living wasn't right and he also realize that. But I'm writing you to ask for a huge favor. I was wondering if you can be kind enough to let Adrain out on house arrest. The reason why I'm asking you this favor is because I'm 4 months pregnant and I'm due in October. I don't want to go thraw this alone. I didn't expect for this to happen to him while im pregnant. Sometimes I feel like he's all I got. I love him so much. I really want him to see his baby be born and I would also like for him to sign the birth certificate, befor you take him away from me. I know that right now his life is in your hands. By him being locked up and being away from me, he know that he's ready to do right by life. If Adrain had another chance I believe he'll do right. He really need someone like me to guide him in the right direction. I work and will be attending college classes in June. Adrain really is a good person.

before he went to jail he was really looking for a job and was ready to change his life style. But I guess it was to late.

Please Judge Mihm can you find it in your heart to do me this huge favor.

P.S can you send me a letter or call me to let me know that you receive my letter. please

cell # 208-2993

Sincerly
Richita Sanders