**FILED**

JUN - 7 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Thursday, 08 June, 2006 08:54:12 AM
Clerk, U.S. District Court, ILCD

To Whom This May Concern,

06-10033

Judge M. Mihm

My Name is Gwendolyn Young. I am the mother of Andrein K. Bennett. I am writing you this letter on concern of Andrein. He is really a good person. Andrein has a good heart. I do know he made mistake in his life. Andrein has 4 children and one on the way. He does devotes his time to his children. I am asking you to please be lanint on Andrein. I do know this has been a learning exp.

for him. Just remember Judge he does have a good heart and he is a good person after all.

Thank You
So Much.

Mrs. D. Young