**E-FILED**
Monday, 21 August, 2006  11:25:15 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-10033 |
| | ) | |
| ADREIN BENNETT, | ) | |
| Defendant. | ) | |

## MOTION TO RELEASE DEFENDANT

NOW COMES, the Defendant, ADREIN BENNETT, by and through his

Attorney, John P. Lonergan, and in support of the instant motion states as follows:

1.    That he is the Defendant in the above-captioned matter.

2.    That the Defendant is charged with a conspiracy to distribute cocaine base crack and distribution of cocaine base crack. Attorney John P. Lonergan was appointed to represent the Defendant.

3.    That the Defendant, by clear and convincing evidence, is not a flight risk or danger to flee.

4.    That said crime that Defendant has been charged with is not a crime of violence.

5.    That an individual has come forward and is willing to serve as third party custodian for ADREIN BENNETT. Namely, the Defendant's Aunt, Mary Bennett, 3720 Tamarak Drive, Springfield, Illinois 62712, or in the alternative, his Grandmother, Milzella Bennett, 2210 W. Howett, Peoria, Illinois.

6.    That the availability of a new third party custodian represents a *change of circumstance* in the above-captioned matter.

7.    That the Defendant is willing and able to comply with the conditions of pre-trial release imposed upon him.

WHEREFORE, the Defendant, ADREIN BENNETT, asks that this Court set this matter for hearing on his Motion for Release and grant him under the rules previously proposed upon him release to a third party custodian under the conditions set forth by the Federal Probation Office.

Respectfully submitted for
ADREIN BENNETT, Defendant,

/s/ John P. Lonergan
John P. Lonergan, Attorney for Defendant

STATE OF ILLINOIS    )
                     )  SS.
COUNTY OF PEORIA  )

      John P. Lonergan, being first and duly sworn, upon oath, deposes and states that he is attorney of record for the Defendant in the above-captioned matter; that he has read the above and foregoing Motion and that the allegations contained therein are true and correct.

/s/ John P. Lonergan
John P. Lonergan, Attorney for Defendant

John P. Lonergan, P.C.
Attorney at Law
411 Hamilton Blvd., Suite 1708
Peoria, Illinois 61602
Telephone:  (309) 673-3939
Facsimile:  (309) 676-5489

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**AT PEORIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | Criminal No. 06-10033 |
| | ) | |
| ADREIN BENNETT, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2006, I electronically filed the Defendant's Motion for Release with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Brad Murphy of the United States Attorney's Office.


/s/ John P. Lonergan
JOHN P. LONERGAN
Bar Number 6211885
Attorney for Defendant Adrein Bennett
411 Hamilton Blvd., Suite 1708
Peoria, Illinois  61602
Phone: (309) 673-3939
Fax : (309)676-5489
E-mail : jplonergan@hotmail.com


John P. Lonergan, P.C.
Attorney at Law
411 Hamilton Blvd., Suite 1708
Peoria, Illinois 61602
Telephone:  (309) 673-3939
Facsimile:   (309) 676-5489