Sat, Aug 26, 06

FILED
AUG 29 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Your Honor, I'm Writing You Today Because Yesterday I Appeared In Your Courtroom For A Detention Hearing. My Name is Adren K. Bennett I just Want You to Know A little About Myself Some You know Already, I'm 26 years old I have 4 Beautiful Children that I Love With All My Heart, I Also Have A Baby Due Oct. 15, 06 I just Don't Understand How the Government Claim that I Am A threat to Society My Understanding of A threat to Society is A person Who Will Be Released And Go On A Killing Spree that's Not Who I Am. I Wanna Correct A few things that the Government Said Yesterday that Say I Drink two fifths of Vodka And A Case A Beer A day, the Truth is it Be ten other people Drinking, it is impossible for One person to Drink that Much. And About the job Situation, I Had other jobs they Were Under the table jobs, I Do Work for My Uncle I paint houses for one And pick bricks With Another, I Didn't tell the probation Because I Didn't think it Matter About those other jobs Because they Were Under the table. I'm Not A threat to these people if at Least He, I Know the Crime I Committed And I Know I Have to pay My Consequences for them. I just Don't Understand How My prior Convictions Keep Haunting Me, It Seems like I'm Being Charged over Again, if I Was A threat Do You think A Successful Woman Like My Aunt Mary Bennett Would have took the time for My Release, I haven't Been to Prison A Day of My Life, So How Am I A threat I think A Person that's in And out of the Department of Corrections Should Be labeled As

(2)

a threat, this is the Most Time I've ever spent in jail, I'm not Asking for sympathy I just Want to Be judged fairly, Not By My appearance, or By My Past Mistakes thats like double jeopardy, And it Hurt Because the Government is Saying I'm A Monster, And that's Not Who I Am, I'm Not A flight Risk Because I haven't Ran from the Authorities, it's true I've Been On probation in My lifetime, But the Violations Wasn't serious Violations they were Driving With No License, they Weren't Violations that Would've sent Me to D.O.C. I'm Just Asking if I'm ever Given A second chance for A Detention Hearing I'll like to have people there Who Really Know Me testify And let the Court Know What Kind of person I really Am, Not people that Want to slander My Name, Because the Government Really said some harsh things About Me that's Not true. Well I pray You take consideration on some of the things in this letter hopefully I'll have a better chance Next time, Well Thank you for taking the time to Read this Letter And God Bless you.

Sincerely

Adrain Bennett