E-FILED
Tuesday, 06 February, 2007 08:50:37 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 06-10033 |
| | ) |
| | ) |
| **ADREIN BENNETT, ET AL.,** | ) |
| | ) |
| **Defendants.** | ) |

### GOVERNMENT'S NOTICE OF EXPERT WITNESS TESTIMONY

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and K. Tate Chambers, Assistant United States Attorney for the Central District of Illinois, and pursuant to Rule 16(a)(1)(D) and (E) of the Federal Rules of Criminal Procedure, hereby provides notice of tests, examinations and expert witness testimony. The following witnesses will testify to the inspections and examinations they conducted in this case and the opinions they reached.

1.      Timothy Moore, an officer from the Peoria Police Department will testify concerning the means and methods of crack distribution in the Peoria, Illinois area. That person will testify that based on his education, training and experience (see attached summary), that the substance distributed by the defendants in this case is crack cocaine. The witness will also testify to the various steps in the process of crack manufacture and distribution.

2.      Loren Marion III, an officer from the Peoria Police Department will testify concerning the means and methods of crack distribution in the Peoria, Illinois area. That person

will testify that based on his education, training and experience (see attached summary), that the substance distributed by the defendants in this case is crack cocaine. The witness will also testify to the various steps in the process of crack manufacture and distribution.

3. Aaron Roemer, a chemist with the Illinois States Police Crime Lab will testify concerning the analysis of the drugs purchased in this case. That person will testify that based on his education, training, and experience (see attached summary), he tested the drugs and determined that it was cocaine base.

4. Joni Little, a chemist with the Illinois States Police Crime Lab will testify concerning the analysis of the drugs purchased in this case. That person will testify that based on her education, training, and experience (see attached summary), she tested the drugs and determined that it was cocaine base.

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

 s/:  K. Tate Chambers
**K. TATE CHAMBERS**
Assistant United States Attorney
One Technology Plaza, Suite 400
211 Fulton Street
Peoria, Illinois  61602
Telephone:  309/671-7050

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Michael J. Petro**
Attorney at Law
53 W. Jackson, Suite 1264
Chicago, IL 60604

**John P Lonergan**
411 Hamilton Suite 1708
Peoria, IL 61602

**William C Loeffel**
WILLLIAMS & WILLIAMS PC
139 E Washington St
East Peoria, IL 61611

**Timothy J Cusack**
PO Box 10461
Peoria, IL 61612-0461

**Jeffrey L Flanagan**
JEFFREY L FLANAGAN
Suite 1708
411 Hamilton Blvd
Peoria, IL 61602

s/ Kim Ritthaler
Legal Assistant

E-FILED
Tuesday, 06 February, 2007  08:51:43 AM
Clerk, U.S. District Court, ILCD

MARCH 2004

TO WHO IT MAY CONCERN:

THE FOLLOWING IS A BRIEF DESCRIPTION OF MY TRAINING AND BACKGROUND AS A POLICE OFFICER AND PARTICULARLY IN THE AREA OF NARCOTICS ENFORCEMENT.

I WAS HIRED AS A POLICE OFFICER IN JULY OF 1989 BY THE CITY OF PEORIA, POLICE DEPARTMENT. IMMEDIATELY I WAS SENT TO THE POLICE TRAINING INSTITUTE AT THE UNIVERSITY OF ILLINOIS WHERE I SUCCESSFULLY COMPLETED THE 400-HOUR BASIC LAW ENFORCEMENT COURSE. DURING THE 400-HOUR COURSE, I RECEIVED A BLOCK OF INSTRUCTION IN DRUG IDENTIFICATION AND PACKAGING.

IN OCTOBER OF 1989 I WAS ASSIGNED TO THE SPECIAL INVESTIGATIONS DIVISION TO WORK IN AN UNDERCOVER CAPACITY. FOR THE NEXT FOUR MONTHS I PARTICIPATED IN SURVEILLANCES AND HAND TO HAND BUYS OF NARCOTICS.

IN APRIL 1990, AFTER SUCCESSFULLY COMPLETING THE FIELD TRAINING OFFICER PROGRAM, I WAS ASSIGNED TO THE UNIFORMED PATROL DIVISION.

IN APRIL OF 1991 I WAS ASSIGNED TO THE PHA WALKING BEAT, WORKING PRIMARILY IN THE WARNER HOMES HOUSING COMPLEX. DURING MY TENURE IN THE WALKING BEAT, I MADE SEVERAL HUNDRED DRUG ARRESTS AND SEIZED A QUANTITY OF DIFFERENT DRUGS, WITH COCAINE AND CANNABIS BEING THE MAIN DRUGS SEIZED. I BECAME FAMILIAR WITH THE SEVERAL WAYS COCAINE AND CANNABIS ARE PACKAGED IN THE PEORIA AREA.

DURING MY TENURE IN THE WALKING BEAT, I WAS SENT TO THE TWO WEEK DRUG ENFORCEMENT ADMINISTRATION BASIC NARCOTICS OFFICER SCHOOL IN MAY OF 1994. I WAS TRAINED IN THE IDENTIFICATION OF DRUGS, PACKAGING, DRUG TESTING, COMMON TRENDS IN THE SALES OF DRUGS, THE MANUFACTURING OF DRUGS, AND WORKING UNDERCOVER. IN OCTOBER OF 1993 I ATTENDED A ONE-WEEK CRIMINAL PATROL DRUG ENFORCEMENT COURSE INSTRUCTED BY THE INSTITUTE OF POLICE TECHNOLOGY AND MANAGEMENT, UNIVERSITY OF N. FLORIDA. I WAS TRAINED IN THE PACKAGING OF DRUGS, THE WAY DRUGS ARE TRANSPORTED, AND NEW TRENDS IN ALTERING VEHICLES FOR THE TRANSPORT OF DRUGS, TO INCLUDE INTERVIEW AND INTERROGATION TECHNIQUES OF DRUG COURIERS. I ALSO RECEIVED SEVERAL HUNDRED HOURS OF IN-SERVICE TRAINING IN LAW ENFORCEMENT RELATED CLASSES FROM THE ICC POLICE TRAINING.

IN JANUARY OF 1995 I WAS ASSIGNED TO THE SPECIAL INVESTIGATIONS DIVISION, VICE AND NARCOTICS. MY DUTIES IN THAT DIVISION

CONSISTED OF WORKING INFORMANTS, WORKING UNDERCOVER, PREPARING AND EXECUTING SEARCH WARRANTS FOR PROSECUTION. DURING THAT TENURE, I PREPARED AND EXECUTED 63 SEARCH WARRANTS. I ALSO ASSISTED IN THE INVESTIGATION, PLANNING, AND EXECUTION OF NUMEROUS SEARCH WARRANTS PREPARED BY OTHER OFFICERS IN THE DIVISION. I HAVE MADE NUMEROUS HAND TO HAND BUYS OF COCAINE AND LOOK ALIKE SUBSTANCES FROM STREET LEVEL DEALERS. I HAVE CONDUCTED SEVERAL HOURS OF SURVEILLANCE ON SUSPECTED DRUG HOUSES AND OBSERVED STREET LEVEL DEALERS CONDUCT THEIR BUSINESS. MEMBERS OF THE VICE AND NARCOTICS UNIT ATTEND A WEEKLY MEETING PERTAINING TO NEW TRENDS IN NARCOTICS, DEALERS, AND LOCATIONS USED IN THE NARCOTICS BUSINESS, TO INCLUDE UPDATED MATERIAL REGARDING NEW TRENDS IN DRUG PACKAGING AND TRANSPORTING.

IN JANUARY OF 1998 I WAS REASSIGNED TO THE PATROL DIVISION AND THEN GIVEN THE ADDITIONAL DUTY OF FIELD TRAINING OFFICER, UNTIL AUGUST OF 1999. I WAS THEN TRANSFERRED WITHIN THE PATROL DIVISION TO THE STREET CRIMES UNIT UNTIL JANUARY OF 2001. DURING THAT TIME, I MADE NUMEROUS DRUG ARRESTS IN THAT UNIT CONSISTING OF MAINLY COCAINE AND HEROIN.

IN JANUARY OF 2001 I WAS ASSIGNED TO THE SPECIAL INVESTIGATIONS DIVISION AGAIN. IN FEBRUARY OF 2001 I ATTENDED A 3-DAY CLANDESTINE METHAMPHETAMINE LABORATORY INVESTIGATION SCHOOL, INSTRUCTED BY THE MULTIJURISDICTIONAL COUNTERDRUG TASK FORCE. THE COURSE CONTENT COVERED THE HISTORY OF METHAMPHETAMINE, LABORATORIES, INVESTIGATIONS, AND CHEMICALS USED TO MAKE METH.

IN FEBRUARY OF 2002, I WAS ASSIGNED TO THE DEA MOBILE ENFORCEMENT TEAM, UNTIL JUNE OF 2002. DURING THAT TIME, I PARTICIPATED IN NUMEROUS MULTI-OUNCE COCAINE BUYS, UP TO MULTI-KILO COCAINE BUYS/FRONTS/SEIZURES. USE OF ELECTRONIC EAVESDROPPING WAS IMPLEMENTED ON ALMOST EVERY CASE. I PREPARED AND EXECUTED NUMEROUS SEARCH WARRANTS DURING THAT DEPLOYMENT.

SINCE BEING ASSIGNED TO VICE IN JANUARY OF 2001, I HAVE PREPARED 85 NARCOTICS RELATED CASES, 35 OF WHICH WERE SEARCH WARRANTS.

OFFICER TIMOTHY MOORE
BADGE #837

MAY 2006

TO WHOM IT MAY CONCERN,

THE FOLLOWING IS A BRIEF DESCRIPTION OF MY TRAINING AND BACKGROUND AS A POLICE OFFICER, PARTICULARLY IN THE AREA OF NARCOTICS ENFORCEMENT.

I WAS HIRED AS A POLICE OFFICER ON OCTOBER 3RD OF 1994 BY THE CITY OF PEORIA.  ON OCTOBER 10TH, 1994 I WENT TO THE POLICE TRAINING INSTITUTE AT THE UNIVERSITY OF ILLINOIS CHAMPAIGN-URBANA.  I SUCCESSFULLY COMPLETED THE 400-HOUR BASIC LAW ENFORCEMENT TRAINING COURSE.  DURING THE 400-HOUR TRAINING COURSE, I RECEIVED A BLOCK OF INSTRUCTION IN DRUG IDENTFICATION AND PACKAGING.

IN APRIL OF 1995, AFTER SUCCESSFULLY COMPLETING THE FIELD TRAINING PROGRAM, I WAS ASSIGNED TO THE UNIFORMED PATROL DIVISION.

IN NOVEMBER OF 1996 I WAS TRANSFERRED FROM WITHIN THE PATROL DIVISION TO THE COMMUNITY AREA TARGET TEAM (C.A.T.T.).  DURING MY TENURE IN THE C.A.T. TEAM, WE CONCENTRATED ON QUALITY OF LIFE ISSUES IN HIGH CRIME AREAS.  QUALITY OF LIFE ISSUES INCLUDED BUT WAS NOT LIMITED TO, STREET LEVEL DRUG DEALING.  WE CONDUCTED SEVERAL SURVEILLANCE OPERATIONS WHERE I WITNESSED HAND TO HAND DRUG BUYS.  I ALSO MADE NUMEROUS DRUG ARRESTS AND SEIZED A QUANTITY OF DIFFERENT DRUGS WITH COCAINE AND CANNABIS BEING THE MAIN DRUGS SEIZED.  I BECAME FAMILIAR WITH THE SEVERAL WAYS COCAINE AND CANNABIS ARE PACKAGED IN THE PEORIA AREA.

IN JANUARY OF 1996 THE C.A.T. TEAM WAS COMBINED WITH THE GANG UNIT.  THE NEW UNIT WAS CALLED THE STREET CRIMES UNIT.  THE FUNCTION OF THE STREET CRIMES UNIT WAS PRIMARILY THE SAME AS THE C.A.T. TEAM.  I MADE SEVERAL MORE DRUG ARRESTS WITH COCAINE AND CANNABIS BEING THE MAIN DRUGS SEIZED.

IN MAY OF 1997 I ATTENDED A 5-DAY CRIMINAL PATROL DRUG ENFORCEMENT COURSE INSTRUCTED BY THE INSTITUTE OF POLICE TECHNOLOGY AND MANAGEMENT, UNIVERSITY OF N. FLORIDA.  I WAS TRAINED IN THE PACKAGING OF DRUGS, THE WAY DRUGS ARE TRANSPORTED, NEW TRENDS IN ALTERING VEHICLES FOR THE TRANSPORT OF DRUGS, AND INTERVIEW AND INTERROGATION TECHNIQUES OF DRUG COURIERS.

PAGE 2 OF 2

IN JANUARY OF 2001 (TO PRESENT) I WAS TRANSFERRED FROM THE STREET CRIMES UNIT TO THE SPECIAL INVESTIGATIONS DIVISION, VICE/NARCOTICS UNIT (S.I.D.). MY DUTIES IN THIS DIVISION CONSISTS OF WORKING INFORMANTS, WORKING UNDERCOVER, PROCESSING CLANDESTINE LABORATORIES, AND PREPARING AND EXECUTING SEARCH WARRANTS FOR PROSECUTION.

SINCE BEING ASSIGNED TO S.I.D., I HAVE PREPARED 102 NARCOTICS RELATED CASES, 57 OF WHICH WERE SEARCH WARRANTS. I ALSO ASSISTED IN THE INVESTIGATION, PLANNING, AND EXECUTION OF SEVERAL HUNDRED SEARCH WARRANTS PREPARED BY OTHER OFFICERS IN THE DIVISION. I HAVE BEEN INVOLVED IN SEVERAL MULTI-OUNCE UP TO MULTI-KILO SEIZURES. I HAVE CONDUCTED HUNDREDS OF HOURS OF SURVEILLANCE ON SUSPECTED DRUG HOUSES, DRUG DEALERS, AND OBSERVED STREET LEVEL UP TO LARGE LEVEL DEALERS CONDUCT THEIR BUSINESS.

MEMBERS OF THE S.I.D. ATTEND AN ANNUAL TRAINING CONFERENCE HOSTED BY THE ILLINOIS DRUG ENFORCEMENT OFFICERS ASSOCIATION. S.I.D. OFFICERS ALSO ATTEND WEEKLY MEETINGS PERTAINING TO NEW TRENDS IN NARCOTICS, DEALERS, AND LOCATIONS USED IN THE NARCOTICS BUSINESS, TO INCLUDE UPDATED MATERIAL REGARDING NEW TRENDS IN DRUG PACKAGING AND TRANSPORTING.

IN JUNE OF 2001 I ATTENDED A 5-DAY BASIC NARCOTICS INVESTIGATORS COURSE INSTRUCTED BY THE U.S. ARMY COUNTERDRUG UNIT HELD AT FT. LEONARD WOOD, MO. THE COURSE CONTENT COVERED BUT WAS NOT LIMITED TO, INVESTIGATIVE TECHNIQUES, DRUG IDENTIFICATION, DRUG PACKAGING, AND UNDERCOVER WORK.

IN FEBRUARY OF 2002 UNTIL JUNE OF 2002, I ASSISTED THE D.E.A. MOBILE ENFORCEMENT TEAM. DURING THAT TIME, I PARTICIPATED IN SEVERAL MULTI-OUNCE COCAINE BUYS UP TO MULTI-KILO COCAINE BUYS/FRONTS/SEIZURES. USE OF ELECTRONIC EAVESDROPPING WAS IMPLEMENTED ON ALMOST EVERY CASE.

IN MARCH OF 2006 I WAS ASSIGNED A COLLATERAL DUTY AS A D.E.A. TASK FORCE OFFICER. SINCE MY ASSIGNMENT, I HAVE BEEN INVOLVED IN SEVERAL INTERVIEWS/PROFFERS OF LARGE LEVEL DRUG DEALERS AND HAVE LEARNED FROM THEM HOW THEY CONDUCTED THEIR BUSINESS.

OFFICER LOREN MARION III
BADGE #887

## CURRICULUM VITAE

| | |
|---|---|
| **NAME:** | Aaron R. Roemer |
| **PRESENT EMPLOYER:** | Illinois State Police<br>Forensic Sciences Command |
| **BUSINESS ADDRESS:** | Morton Forensic Science Laboratory<br>1810 South Main Street<br>Morton, Illinois 61550 |
| **BUSINESS TELEPHONE:** | 309-284-6500 |
| **PRESENT POSITION:** | Forensic Scientist II, Drug Chemistry |
| **CURRENT DUTIES:** | Responsible for the receipt, examination, and preservation of physical evidence, testifying in court as to results of cases, and other duties as applied to the analysis and identification of Cannabis and controlled substances. |
| **EDUCATION:** | Illinois State University, Normal, Illinois<br>Bachelor of Science - Biological Sciences, 2001 |
| **TRAINING:** | One year training course in the analysis and identification of Cannabis and other controlled substances, including theory, instrumental techniques and courtroom demeanor at the Southern Illinois Forensic Science Centre in Carbondale, Illinois. |
| **ADDITIONAL TRAINING:** | 2003-Illinois State Police GCMS Macros Seminar<br>2004-DEA Chemists' Symposium<br>2005-The Investigation and Prosecution of<br>        Methamphetamine cases in Illinois |
| **PROFESSIONAL EXPERIENCE:** | July 2003-present      Forensic Scientist<br>June 2002-July 2003  Forensic Scientist Trainee |

1/31/06

CURRICULUM VITAE

| | |
|---|---|
| NAME: | Joni C. Little |
| PRESENT EMPLOYER: | Illinois State Police<br>Forensic Sciences Command |
| BUSINESS ADDRESS: | Morton Forensic Laboratory<br>1810 S. Main St.<br>Morton, IL 61550 |
| BUSINESS TELEPHONE: | 309-284-6500 |
| PRESENT POSITION: | Forensic Scientist - Drug Chemistry |
| CURRENT DUTIES: | Responsible for the receipt, examination, and preservation of physical evidence, testifying in court as to results of cases, and other duties as applied to the analysis and identification of Cannabis and controlled substances.<br><br>Chemistry Section Advisory committee member, 2006 |
| EDUCATION: | Bachelor of Science in Biology<br>with a Chemistry minor, 1994<br>Millikin University, Decatur, Illinois |
| TRAINING: | One year of training in the identification of Cannabis and controlled substances including theory, instrumental techniques and courtroom demeanor by the Illinois State Police, Forensic Sciences Command.<br><br>Illinois State Police Derivatization In-service, 1996<br>Illinois State Police Fracture Match Training, 1998<br>DEA Forensic Chemist Seminar, 1998<br>AFSCME Right to Know Course, 2000<br>ATR In-service, 2000<br>Clandestine Laboratory Awareness Training, 2001<br>GHB Workshop, 2001<br>Chemstation Macros 101, 2004 |
| PROFESSIONAL<br>ORGANIZATION: | Midwestern Association of Forensic Scientists |

2/23/06

72

Curriculum Vitae
Joni C. Little

Page 2

| | |
|---|---|
| HONORS: | Forensic Science Center at Chicago Unit Citation, 1997<br>Certificate of Recognition, 1997<br>Drug Chemistry Section Citation, 1998 |
| CIVIC INVOLVEMENT: | Illinois Wesleyan Internship Fair, 1996<br>South Region Science and Math Fair Judge (Chicago State University), 1998<br>Expanding Your Horizons, 1999, 2000, 2001 |

2/23/06

72