E-FILED
Tuesday, 06 February, 2007  03:22:54 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF ILLINOIS

## AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal No. 06-10033 |
| ADREIN BENNETT, ET AL., | ) ) ) |
| Defendants. | ) |

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney, and K. Tate Chambers, Assistant United States Attorney, respectfully shows to this Honorable Court that **James Terry, Inmate No. R33857,** is now confined at Centralia Correctional Center, Centralia, IL in the custody of the Warden thereof;

That **James Terry, Inmate No. R33857,** is a necessary, essential and material witness on behalf of the Government at a Jury Trial.

That it is necessary and essential that **James Terry, Inmate No. R33857,** be transported and maintained in the Central District of Illinois to allow for preparation by the Government. That, in the interest of all parties, it is therefore necessary that **James Terry, Inmate No. R33857,** be transported to the Central District of Illinois and be produced at the Federal Building at 100 NE Monroe Street, Peoria, Illinois by the hour of 8:30 a.m. on Monday, February 12, 2007, and on any dates scheduled for interviews, and appearances.

**WHEREFORE**, your Petitioner prays that a Writ of Habeas Corpus Ad Testificandum be directed to the Warden of Centralia Correctional Center, Centralia, IL and the United States

Marshal for the Central District of Illinois, commanding him to transport the said **James Terry, Inmate No. R33857** to the Central District of Illinois, and to produce **James Terry, Inmate No. R33857,** in the Federal Building at 100 NE Monroe Street, Peoria, Illinois by the hour of 8:30 a.m. on Monday, February 12, 2007, and as necessary on any date to testify on behalf of the Government and from day to day thereafter until **James Terry, Inmate No. R33857,** shall have been released from further testifying.

                        UNITED STATES OF AMERICA

                        RODGER A. HEATON
                        UNITED STATES ATTORNEY

                        s/: K. Tate Chambers
                        K. TATE CHAMBERS
                        Assistant United States Attorney
                        One Technology Plaza, Suite 400
                        211 Fulton Street
                        Peoria, Illinois 61602
                        Telephone: 309/671-7050

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-10033 |
| ) | |
| ADREIN BENNETT, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that **James Terry, Inmate No. R33857** is presently incarcerated at Centralia Correctional Center, Centralia, IL it further appearing that **James Terry, Inmate No. R33857,** was named as a witness in the above-entitled cause and his appearance is necessary in connection with these proceedings on Monday, February 12, 2007 at 8:30 a.m.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Warden of Centralia Correctional Center, Centralia, IL and/or the United States Marshal for the Central District of Illinois, to transport the said **James Terry, Inmate No. R33857** to the Central District of Illinois, and to produce the said **James Terry, Inmate No. R33857,** on Monday, February 12, 2007 at 8:30 a.m. in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, in connection with this cause and then and there to present **James Terry,**

**Inmate No. R33857,** before the Court and from day to day thereafter as may be necessary.

_____
MICHAEL M. MIHM
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF ILLINOIS


ENTERED this _____ day of _____, 2007.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF ILLINOIS

# AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 06-10033 |
| ADREIN BENNETT, ET AL., | ) |
| Defendants. | ) |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: THE WARDEN OF CENTRALIA CORRECTIONAL CENTER, CENTRALIA, IL AND THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF ILLINOIS:

### G R E E T I N G S:

WE COMMAND that you, the Warden of Centralia Correctional Center, Centralia, IL and the United States Marshal for the Central District of Illinois, transport **James Terry, Inmate No. R33857** to the Central District of Illinois, and to produce the said **James Terry, Inmate No. R33857** in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, by the hour of 8:30 a.m. on Monday, February 12, 2007, and any date necessary for his testimony, then and there to be a material witness on behalf of the Government; and after the said **James Terry, Inmate No. R33857,** has so then and there testified and been released from further testimony in said cause, that you return the said **James Terry, Inmate No. R33857,** to Centralia Correctional Center, Centralia, IL under safe and secure conduct, and have you then and there this Writ.

**WITNESS** the Honorable United States District Judge Michael M. Mihm, and the seal thereof, at the City of Peoria, Illinois this _____ day of _____, 2007.


DATE: _____     _____
                                JOHN M. WATERS, Clerk
                                United States District Court
                                Central District of Illinois

1:06-cr-10033-MMM-JAG    # 64    Page 6 of 6