E-FILED
Wednesday, 07 February, 2007   10:24:07 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal No. 06-10033 |
| ADREIN BENNETT, ET AL., | ) ) ) |
| Defendants. | ) |

FILED
FEB 0 7 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that **Barbara Darling, Inmate No. R80657** is presently incarcerated at Lincoln Correctional Center, Lincoln, IL it further appearing that **Barbara Darling, Inmate No. R80657,** was named as a witness in the above-entitled cause and his appearance is necessary in connection with these proceedings on Monday, February 12, 2007 at 8:30 a.m.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Warden of Lincoln Correctional Center, Lincoln, IL and/or the United States Marshal for the Central District of Illinois, to transport the said **Barbara Darling, Inmate No. R80657** to the Central District of Illinois, and to produce the said **Barbara Darling, Inmate No. R80657,** on Monday, February 12, 2007 at 8:30 a.m. in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, in connection with this cause and then and there to present

**Barbara Darling, Inmate No. R80657,** before the Court and from day to day thereafter as may be necessary.

s/ Michael M. Mihm
MICHAEL M. MIHM
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF ILLINOIS

ENTERED this 7th day of February, 2007.