# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF ILLINOIS

# AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 06-10033 |
| ADREIN BENNETT, ET AL., | ) |
| Defendants. | ) |

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney, and K. Tate Chambers, Assistant United States Attorney, respectfully shows to this Honorable Court that **Barbara Darling, Inmate No. R80657,** is now confined at Lincoln Correctional Center, Lincoln, IL in the custody of the Warden thereof;

That **Barbara Darling, Inmate No. R80657,** is a necessary, essential and material witness on behalf of the Government at a Jury Trial.

That it is necessary and essential that **Barbara Darling, Inmate No. R80657,** be transported and maintained in the Central District of Illinois to allow for preparation by the Government. That, in the interest of all parties, it is therefore necessary that **Barbara Darling, Inmate No. R80657,** be transported to the Central District of Illinois and be produced at the Federal Building at 100 NE Monroe Street, Peoria, Illinois by the hour of 8:30 a.m. on Wednesday, February 14, 2007, and on any dates scheduled for interviews, and appearances.

**WHEREFORE**, your Petitioner prays that a Writ of Habeas Corpus Ad Testificandum be directed to the Warden of Lincoln Correctional Center, Lincoln, IL and the United States

Marshal for the Central District of Illinois, commanding him to transport the said **Barbara Darling, Inmate No. R80657** to the Central District of Illinois, and to produce **Barbara Darling, Inmate No. R80657,** in the Federal Building at 100 NE Monroe Street, Peoria, Illinois by the hour of 8:30 a.m. on Wednesday, February 14, 2007, and as necessary on any date to testify on behalf of the Government and from day to day thereafter until **Barbara Darling, Inmate No. R80657,** shall have been released from further testifying.

        UNITED STATES OF AMERICA

        RODGER A. HEATON
        UNITED STATES ATTORNEY


        s/: K. Tate Chambers
        K. TATE CHAMBERS
        Assistant United States Attorney
        One Technology Plaza, Suite 400
        211 Fulton Street
        Peoria, Illinois 61602
        Telephone: 309/671-7050

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No.  06-10033 |
| ) | |
| ADREIN BENNETT, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that **Barbara Darling, Inmate No. R80657** is presently incarcerated at Lincoln Correctional Center, Lincoln, IL it further appearing that **Barbara Darling, Inmate No. R80657,** was named as a witness in the above-entitled cause and his appearance is necessary in connection with these proceedings on Wednesday, February 14, 2007 at 8:30 a.m.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Warden of Lincoln Correctional Center, Lincoln, IL and/or the United States Marshal for the Central District of Illinois, to transport the said **Barbara Darling, Inmate No. R80657** to the Central District of Illinois, and to produce the said **Barbara Darling, Inmate No. R80657,** on Wednesday, February 14, 2007 at 8:30 a.m. in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, in connection with this cause and then and there to present

**Barbara Darling, Inmate No. R80657,** before the Court and from day to day thereafter as may be necessary.

_____
MICHAEL M. MIHM
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF ILLINOIS

ENTERED this _____ day of _____, 2007.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal No. 06-10033 |
| ADREIN BENNETT, ET AL., | ) ) ) | |
| Defendants. | ) | |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:   THE WARDEN OF LINCOLN CORRECTIONAL CENTER, LINCOLN, IL AND THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF ILLINOIS:

**G R E E T I N G S:**

WE COMMAND that you, the Warden of Lincoln Correctional Center, Lincoln, IL and the United States Marshal for the Central District of Illinois, transport **Barbara Darling, Inmate No. R80657** to the Central District of Illinois, and to produce the said **Barbara Darling, Inmate No. R80657** in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, by the hour of 8:30 a.m. on Wednesday, February 14, 2007, and any date necessary for his testimony, then and there to be a material witness on behalf of the Government; and after the said **Barbara Darling, Inmate No. R80657,** has so then and there testified and been released from further testimony in said cause, that you return the said **Barbara Darling, Inmate No. R80657,** to Lincoln Correctional Center, Lincoln, IL under safe and secure conduct, and have you then and there this Writ.

**WITNESS** the Honorable United States District Judge Michael M. Mihm, and the seal thereof, at the City of Peoria, Illinois this _____ day of _____, 2007.


DATE: _____        _____
                                          JOHN M. WATERS, Clerk
                                          United States District Court
                                          Central District of Illinois