E-FILED
Thursday, 08 February, 2007  03:16:24 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-10033 |
| ) | |
| ADREIN BENNETT, ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that **James Terry, Inmate No. R33857** is presently incarcerated at Centralia Correctional Center, Centralia, IL it further appearing that **James Terry, Inmate No. R33857,** was named as a witness in the above-entitled cause and his appearance is necessary in connection with these proceedings on Wednesday, February 14, 2007 at 8:30 a.m.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Warden of Centralia Correctional Center, Centralia, IL and/or the United States Marshal for the Central District of Illinois, to transport the said **James Terry, Inmate No. R3385**7 to the Central District of Illinois, and to produce the said **James Terry, Inmate No. R33857,** on Wednesday, February 14, 2007 at 8:30 a.m. in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, in connection with this cause and then and there to present **James Terry,**

Inmate No. R33857, before the Court and from day to day thereafter as may be necessary.

s/Michael M. Mihm
_____
MICHAEL M. MIHM
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF ILLINOIS

ENTERED this __8th__ day of __February__, 2007.