E-FILED
Thursday, 08 February, 2007  03:21:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 06-10033 |
| ADREIN BENNETT, ET AL., | ) |
| Defendants. | ) |

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that **Barbara Darling, Inmate No. R80657** is presently incarcerated at Lincoln Correctional Center, Lincoln, IL it further appearing that **Barbara Darling, Inmate No. R80657,** was named as a witness in the above-entitled cause and his appearance is necessary in connection with these proceedings on Wednesday, February 14, 2007 at 8:30 a.m.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Warden of Lincoln Correctional Center, Lincoln, IL and/or the United States Marshal for the Central District of Illinois, to transport the said **Barbara Darling, Inmate No. R80657** to the Central District of Illinois, and to produce the said **Barbara Darling, Inmate No. R80657,** on Wednesday, February 14, 2007 at 8:30 a.m. in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, in connection with this cause and then and there to present

Barbara Darling, Inmate No. R80657, before the Court and from day to day thereafter as may be necessary.

s/Michael M. Mihm
MICHAEL M. MIHM
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF ILLINOIS

ENTERED this  8th  day of  February , 2007.