E-FILED
Thursday, 08 February, 2007  04:20:43 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 06-10033 |
| | ) |
| ADREIN BENNETT, ET AL., | ) |
| | ) |
| Defendants. | ) |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   THE WARDEN OF CENTRALIA CORRECTIONAL CENTER, CENTRALIA, IL AND THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF ILLINOIS:

### GREETINGS:

WE COMMAND that you, the Warden of Centralia Correctional Center, Centralia, IL and the United States Marshal for the Central District of Illinois, transport **James Terry, Inmate No. R33857** to the Central District of Illinois, and to produce the said **James Terry, Inmate No. R33857** in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, by the hour of 8:30 a.m. on Wednesday, February 14, 2007, and any date necessary for his testimony, then and there to be a material witness on behalf of the Government; and after the said **James Terry, Inmate No. R33857,** has so then and there testified and been released from further testimony in said cause, that you return the said **James Terry, Inmate No. R33857,** to Centralia Correctional Center, Centralia, IL under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable United States District Judge Michael M. Mihm, and the seal thereof, at the City of Peoria, Illinois this ___8th___ day of ___February___, 2007.

DATE: __2/8/07__

s/John M. Waters
JOHN M. WATERS, Clerk
United States District Court
Central District of Illinois