IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-10033 |
| ) | |
| ADREIN BENNETT, ET AL., ) | |
| ) | |
| Defendants. ) | |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   THE WARDEN OF LINCOLN CORRECTIONAL CENTER, LINCOLN, IL AND THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF ILLINOIS:

**GREETINGS:**

WE COMMAND that you, the Warden of Lincoln Correctional Center, Lincoln, IL and the United States Marshal for the Central District of Illinois, transport **Barbara Darling, Inmate No. R80657** to the Central District of Illinois, and to produce the said **Barbara Darling, Inmate No. R80657** in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, by the hour of 8:30 a.m. on Wednesday, February 14, 2007, and any date necessary for his testimony, then and there to be a material witness on behalf of the Government; and after the said **Barbara Darling, Inmate No. R80657,** has so then and there testified and been released from further testimony in said cause, that you return the said **Barbara Darling, Inmate No. R80657,** to Lincoln Correctional Center, Lincoln, IL under safe and secure conduct, and have you then and there this Writ.

      **WITNESS** the Honorable United States District Judge Michael M. Mihm, and the seal thereof, at the City of Peoria, Illinois this ___8th___ day of ___February___, 2007.

DATE: ___2/8/07___            s/John M. Waters
                                                  JOHN M. WATERS, Clerk
                                                  United States District Court
                                                  Central District of Illinois