AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF

FILED
FEB 1 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

NEASHON WASHINGTON

SUBPOENA IN A CRIMINAL CASE

Case Number: 06-10033

TO: STEVE BROCK
METROPOLITAN ENFORCEMENT GROUP

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT, PEORIA, IL | |
| | DATE AND TIME |
| | 2/13/2007  9:00 am |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

"investigarive summary file 05-16651MM" (discovery pages 2219 through 2230; Report entitiled "PURCHASE OF EXHIBIT A" file 05-16147MM (discovery page 2232);  Report entitled "PURCHASE OF EXHIBIT 26" (discovery page 2274) and the purported crack cocaine purchased July 25, 2005 (EXHIBIT A), and November 18, 2005 (EXHIBIT 26)

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| *John M. Waters* | |
| s/CLERK | 2/12/07 |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

William C. Loeffel
139 E. Washington
East Peoria, IL 61611

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 2/12/07 | PLACE US MARSHALS OFFICE PEORIA, IL |
| SERVED | DATE 2/12/07 | PLACE US Attorneys Office Peoria, IL |
| SERVED ON (PRINT NAME) Steve Brock | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☑ NO   AMOUNT $ _____ |
| SERVED BY (PRINT NAME) Daryl Hollenback | | TITLE Deputy US Marshal |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   2/12/07
                      DATE

SIGNATURE OF SERVER

100 NE Monroe
ADDRESS OF SERVER

Peoria, IL

ADDITIONAL INFORMATION