E-FILED
Monday, 12 February, 2007 05:16:15 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 1 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO. 06-10033 |
| ADREIN BENNETT, et al., | ) |
| Defendant. | ) |

## INFORMATION REGARDING PRIOR FELONY DRUG CONVICTION

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney K. Tate Chambers, pursuant to 21 U.S.C. § 851, hereby informs the defendant and the Court that the defendant has a prior felony drug conviction upon which the government will rely at the time of sentencing. That conviction was for the offense of manufacture/delivery of 1 to 15 grams of cocaine, and was entered on August 7, 2000, in Sangamon County, Illinois, in case number 00-CF-41.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

_____
K. Tate Chambers
Assistant United States Attorney
One Technology Plaza
Peoria, Illinois 61602
Telephone: (309) 671-7050

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Michael J. Petro
Attorney for Terry Bennett

John P. Lonergan
Attorney for Adrein Bennett

William C. Loeffel
Attorney for Neashon Washington

Timothy J. Cusack
Attorney for Douglas Sherman

Jeffrey L. Flannagan
Attorney for Kontyus Robinson

                                    s/Lisa Hopps
                                    Paralegal