E-FILED
Wednesday, 14 February, 2007  03:50:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-10033 |
| | ) |
| ADREIN BENNETT, ET AL., | ) |
| | ) |
| Defendants. | ) |

**GOVERNMENT'S SUPPLEMENTAL NOTICE OF EXPERT WITNESS TESTIMONY**

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and K. Tate Chambers, Assistant United States Attorney for the Central District of Illinois, and pursuant to Rule 16(a)(1)(D) and (E) of the Federal Rules of Criminal Procedure, hereby provides notice of tests, examinations and expert witness testimony. The following witness will testify to the inspections and examinations he conducted in this case and the opinion he reached.

1.   Kerry Nielsen, a chemist with the Illinois States Police Crime Lab will testify concerning the analysis of the drugs purchased in this case. That person will testify that based

1

on his education, training, and experience (see attached summary), he tested the drugs and determined that it was cocaine base.

>Respectfully submitted,
>
>UNITED STATES OF AMERICA
>
>RODGER A. HEATON
>UNITED STATES ATTORNEY
>
>s/: K. Tate Chambers
>**K. TATE CHAMBERS**
>Assistant United States Attorney
>One Technology Plaza, Suite 400
>211 Fulton Street
>Peoria, Illinois 61602
>Telephone: 309/671-7050

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Michael J. Petro**
Attorney at Law
53 W. Jackson, Suite 1264
Chicago, IL 60604

**John P Lonergan**
411 Hamilton Suite 1708
Peoria, IL 61602

**William C Loeffel**
WILLLIAMS & WILLIAMS PC
139 E Washington St
East Peoria, IL 61611

**Timothy J Cusack**
PO Box 10461
Peoria, IL 61612-0461

**Jeffrey L Flanagan**
JEFFREY L FLANAGAN
Suite 1708
411 Hamilton Blvd
Peoria, IL 61602

s/ Kim Ritthaler
Legal Assistant

## CURRICULUM VITAE

| | |
|---|---|
| **NAME:** | Kerry D. Nielsen |
| **PRESENT EMPLOYER:** | Illinois State Police<br>Forensic Sciences Command |
| **BUSINESS ADDRESS:** | Morton Forensic Science Laboratory<br>1816 South Main Street<br>Morton, Illinois 61550 |
| **BUSINESS TELEPHONE:** | 309-284-6500 |
| **PRESENT POSITION:** | Forensic Scientist III |
| **CURRENT DUTIES:** | Responsible for the receipt, examination, and preservation of physical evidence associated with criminal investigations, testifying in court as to results of cases, and other duties as applied to the analysis and identification of Cannabis and controlled substances. |
| **EDUCATION:** | 1997 - Western Illinois University, Macomb, Illinois<br>    Master of Science - Biology<br><br>1987 - Southern Illinois University, Carbondale, Illinois<br>    Master of Science - Agronomy<br><br>1976 - Western Illinois University, Macomb, Illinois<br>    Bachelor of Science - Biology |
| **PROFESSIONAL EXPERIENCE:** | 1996 to present    Forensic Scientist<br>1995-1996    Forensic Scientist Trainee<br>1989-1994    Community College Instructor (part-time)<br>1976-1992    High School Science Teacher |
| **PROFESSIONAL & SCIENTIFIC ORGANIZATIONS:** | American Association of Forensic Scientists (AAFS)<br>Midwestern Association of Forensic Scientists (MAFS)<br>Phi Kappa Phi<br>National Education Association (1976-1992) |
| **ADDITIONAL TRAINING:** | Identification of Isomers of d-Methamphetamine (1995)<br>Introduction to Mitochondrial DNA (1995)<br>DEA Forensic Chemist's Seminar (1997)<br>MAFS Workshop: Interpretation of Mass Spectra (1999)<br>ATR In Service (2000)<br>Practical Approach to Laboratory Safety Regulations (2000)<br>Clandestine Lab Awareness Training (2001)<br>GHB Workshop (2001)<br>Illinois State Police Mentoring Program (2001)<br>Proofreading (2002)<br>Investigation & Prosecution of Meth Cases in Illinois (2005)<br>Optimizing GC Techniques Seminar (2005) |