E-FILED
Wednesday, 14 February, 2007  04:17:20 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 06-10033 |
| ) | |
| ) | |
| **ADREIN BENNETT, ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |

### GOVERNMENT'S SUPPLEMENTAL NOTICE OF EXPERT WITNESS TESTIMONY

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and K. Tate Chambers, Assistant United States Attorney for the Central District of Illinois, and pursuant to Rule 16(a)(1)(D) and (E) of the Federal Rules of Criminal Procedure, hereby provides notice of tests, examinations and expert witness testimony. The following witness will testify to the inspections and examinations he conducted in this case and the opinion he reached.

    1.    Eric Ellis, a Crime Scene Technician with the Peoria Police Department will testify as an expert in the development and comparison of latent fingerprints. He will testify he

compared and identified latent prints from a plate to known fingerprints of Adrein Bennett and made an identification.

                                              Respectfully submitted,

                                              UNITED STATES OF AMERICA

                                              RODGER A. HEATON
                                              UNITED STATES ATTORNEY

                                             s/:  K. Tate Chambers
                                             **K. TATE CHAMBERS**
                                             Assistant United States Attorney
                                             One Technology Plaza, Suite 400
                                             211 Fulton Street
                                             Peoria, Illinois  61602
                                             Telephone:  309/671-7050

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Michael J. Petro**
Attorney at Law
53 W. Jackson, Suite 1264
Chicago, IL 60604

**John P Lonergan**
411 Hamilton Suite 1708
Peoria, IL 61602

**William C Loeffel**
WILLLIAMS & WILLIAMS PC
139 E Washington St
East Peoria, IL 61611

**Timothy J Cusack**
PO Box 10461
Peoria, IL 61612-0461

**Jeffrey L Flanagan**
JEFFREY L FLANAGAN
Suite 1708
411 Hamilton Blvd
Peoria, IL 61602

                                    s/ Kim Ritthaler
                                    Legal Assistant

# CURRICULUM VITAE
As of January, 2005

| | |
|---|---|
| **NAME:** | Eric L. Ellis, #873 |
| **PRESENT EMPLOYER:** | City of Peoria Police Department<br>600 SW Adams<br>Peoria, IL 61602<br>309-494-8269<br>Since August, 1993 |
| **PRESENT POSITION:** | Police Officer/ Crime Scene Technician – Since January 1996 |
| **CURRENT DUTIES:** | Collection and preservation of evidence for presentation in court, photography, latent print search/examination and court testimony. |
| **EDUCATION:** | SPOON RIVER COLLEGE<br>Associate in Applied Science<br>Canton, IL<br>Major-Law Enforcement; Minor-Sociology<br>1982-1984<br><br>UNIVERSITY OF ILLINOIS-SPRINGFIELD<br>(Formerly SANGAMON STATE UNIVERSITY)<br>Bachelor of Arts<br>Major-Social Justice Professions; Minor-Sociology<br>Springfield, IL<br>1985-1987<br><br>WESTERN ILLINOIS UNIVERSITY<br>Master of Arts<br>Major-Law Enforcement Administration;<br>Minor-Sociology<br>Macomb, IL<br>1988-1989 |
| **SUMMARY OF TRAINING:** | ILLINOIS STATE POLICE<br>Bloodstain Pattern Analysis<br>1996<br><br>NORTHWESTERN UNIVERSITY<br>Crime Scene Technology I<br>1996<br><br>NORTHWESTERN UNIVERSITY<br>Crime Scene Technology II<br>1996<br><br>INSTITUTE OF APPLIED SCIENCE COURSE<br>A Three Volume Correspondence Course in Forensic Science<br>1996 |

| | |
|---|---|
| **SUMMARY OF TRAINING (CONTINUED):** | INTERNATIONAL ASSOCIATION OF IDENTIFICATION<br>Law Enforcement Forensic Photography<br>1997 |
| | ILLINOIS STATE POLICE DIVISION OF FORENSIC SCIENCES<br>Importance of Clean Technique In Proper Collection, Handling, and Preservation of DNA Evidence<br>1997 |
| | INTERNATIONAL ASSOCIATION OF IDENTIFICATION<br>Interpretation of Bloodstain Evidence<br>Annual Forensic Educational Conference<br>1999 |
| | NORTHWESTERN UNIVERSITY<br>Death Investigation<br>1999 |
| | Medicolegal Investigation of Death Conference<br>August 2000 -- Homicide Investigation |
| | Medicolegal Investigation of Death Conference<br>August 2001 - Equivocal Deaths -- Child Injury And Death |
| | Ridgeology Science Workshop<br>November 5-9, 2001 |
| | Medicolegal Investigation of Death Conference<br>August 2001 -- Urban Serial Killers -- Cold Cases Field Recovery Methods |
| **SUMMARY OF OFFICER:** | After receiving my Master of Arts in May of 1989, I joined the 82nd Airborne Division of the United States Army for three years, of which a year of this service I was assigned to the Criminal Investigation Command (CID). This assignment consisted of assisting in the investigation of any felony that occurred under the jurisdiction of Fort Bragg, NC.<br>After leaving the military in January 1993, I was hired by the City of Peoria Police Department in August of 1993 and assigned the duties of Patrol Officer until being assigned to the Crime Scene Unit of the Peoria Police Department in January 1996. |
| **QUALIFIED FINGERPRINT EXPERT TESTIMONY** | 5-11-00 --Sentencing Hearing of R. Portillo, 99-26945<br>5-23-00 --Jury Trial of D. Denton, 99-24971<br>5-31-00 --Jury Trial of D. Williams, 97-37913 |

| | |
|---|---|
| QUALIFIED FINGERPRINT EXPERT TESTIMONY (CONTINUED) | 2-2-04 – Robert Lewis, 02-39885 |
| | Federal Parole Revocation – Danny White, 05-32735 |
| PUBLISHED JOURNAL ARTICLE | *Latent Print on Glass Surface: Deposited Before or After Glass Breakage?*; Journal of Forensic Identification, Volume 55/Number 1, January/February 2005, p. 36-46 |