E-FILED
Wednesday, 21 February, 2007  10:23:14 AM
Clerk, U.S. District Court, ILCD

THE UNITED STATE DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE NO. 06-10033 |
| ) | |
| ADREIN BENNETT, et al. ) | |
| ) | |
| Defendants. ) | |

**STIPULATION**

FILED
FEB 1 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney, defendant, Adrein Bennett, and his attorney John Lonergan, defendant Terry Bennett, and his attorney Michael Petro, and defendant Neashon Washington, and his attorney William Loeffel, hereby agree and stipulate as to the following facts.

If called to testify as a witness in this case, Kerry Nielsen would testify that he is a duly qualified Forensic Scientist employed at the Morton Crime

1

Laboratory. He has previously testified in both state and federal courts as an expert witness in the examination and identification of controlled substances. On February 23, 2006 he received Government Exhibit Nos. 23C1 and 23C2 from Officer Mike Ott at the Crime Lab. He later examined the contents, finding that 23C1 contained an off-white chunk which was 0.5 grams of cocaine using accepted scientific methods. After his examination he resealed the exhibit. He also examined the contents of Government Exhibit No. 23C2, finding that it contained off-white chunks which were 2.5 grams of cocaine using accepted scientific methods. He resealed this exhibit after his examination and later returned both 23C1 and 23C2 to Officer Josh Allenbaugh of the Peoria Police Department on March 23, 2006. Both exhibits were resubmitted for further examination last week. He received 23C1 and 23C2 from FBI Special Agent Kerry Meyer on February 7, 2007, and thereafter performed a further examination of both exhibits using the IR. He determined that both Government Exhibit 23C1 and 23C2 contained cocaine base. He resealed both exhibits and returned both exhibits to Special Agent Kerry Meyer on February 8, 2007.

_/s/ Assistant US Attorney_
**BRADLEY W. MURPHY**
Assistant United States Attorney

_s/Defense Counsel_  _s/Defendant_
**JOHN LONERGAN**  **ADREIN BENNETT**
Attorney for Adrein Bennett  Defendant

_s/Defense Counsel_  _s/DEFENDANT_
**MICHAEL PETRO**  **TERRY BENNETT**
Attorney for Terry Bennett  Defendant

_s/Defense Counsel_  _s/DEFENDANT_
**WILLIAM LOEFFEL**  **NEASHON WASHINGTON**
Attorney for Neashon Washington  Defendant

3