AO 187A (4/82)     EXHIBIT AND WITNESS LIST – CONTINUATION

**U.S.A.  vs. Bennett, et al**     DOCKET NO. 06-10033

FEB 4 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2A | | 2-14-07 | 2 | 2/14 | Cocaine base 17.3 grams — Joan Little |
| 2B | | 2-14-07 | | 2/14 | Cocaine base 4.9 grams ↓ |
| 30e | | 2-15-07 | | 2/15 | bag containing exhibits #2A & 2B ↓ |
| no obj 3C | | 2-15-07 | | 2/15 | bag containing 1.5 grams chunky sub cocaine base — Erin Roemer |
| 4C | | | | | bag containing 0.9 grams chunky sub cocaine base ↓ |
| 5C | | | | | bag containing 1.8 grams chunky sub cocaine base ↓ |
| 6C | | | | | bag containing 1.8 grams chunky sub cocaine base ↓ |
| 7C | | | | | bag containing 3.0 grams (brown substance) cocaine base ↓ |
| 8C | | | | | bag containing 2.3 grams chunky sub cocaine base ↓ |
| 9C | | | | | bag containing 1.1 grams chunky sub cocaine base ↓ |
| 10C | | | | | bag containing 2.3 grams chunky sub cocaine base ↓ |
| 11C | | | | | bag containing 3.2 grams chunky sub cocaine base ↓ |
| 12C | | | | | bag containing 4.1 grams chunky sub cocaine base ↓ |
| 13C | | | | | bag containing 3.7 grams chunky sub cocaine base ↓ |
| 14C | | | | | bag containing 2.9 grams chunky sub cocaine base ↓ |
| 15C1 | | | | | bag containing 3.5 grams total chunky sub cocaine base ↓ |
| 16C | | | | | bag containing 3.3 grams total chunky sub cocaine base ↓ |
| 17C | | | | | bag containing 2.6 grams total chunky sub cocaine base ↓ |
| 18C | | | | | bag containing 8.0 grams total chunky sub cocaine base ↓ |
| 31 | | | | | bag containing 12.9 grams chunky sub (No controlled sub present) |
| no obj 2C | | 2-15-07 | | 2/15 | bag containing 1.2 gr chunky sub total cocaine hydrochloride ↓ |
| | 1 | | | | Example of IR output (illustrated purposes only) |
| | 2 | | | | Report made after tests ↓ |
| obj 23F | | 2/14/07 | 2/14 | 2/14 | Fingerprint card — Officer Melinda Brownell / Mike Ott |
| 23C-1 | | 2-15-07 | 2/15 | 2/15 | (on plate in bedroom) bag containing 1.0 gr white rock substance |
| 23C2 | | 2-15-07 | 2/15 | 2/15 | bag containing several white rock sub ↓ |

Page 1 of ___ Pages

AO 187A (Rev. 7/87)    EXHIBIT AND WITNESS LIST – CONTINUATION

U.S.A. vs. Bennett, et al    CASE NO. 06-10033

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| obj 26-1 | | 2/14/07 | 2/14 | 2/14 | photograph - Front door / So. side of hse | Aaron Watkins ↓ |
| 26-2 | | | | | photograph - Shoe box w/ firearm | ↓ |
| 26-3 | | | | | photograph - Sho box | ↓ |
| 26-4 | | | | | photograph - Shoe box (open) on dresser | ↓ |
| 26-5 | | | | | photograph - Shoe box w/ firearm | ↓ |
| 26-6 | | | | | photograph - Money on floor | ↓ |
| 26-7 | | ↓ | ↓ | ↓ | photograph - plate that had substance on (23C-1) | ↓ |
| 23P | | 2-15-07 | 2/15 | 2/15 | sack w/ plate | ↓ |
| 23G1 | | 2-15-07 | | 2/15 | Automatic handgun w/ magazine rounds/ | ↓ |
| 23G2 | | 2-15-07 | | 2/15 | Automatic handgun | ↓ |
| 26-8 | | 2-14-07 | 2/14 | 2/14 | Photo - upstairs - gun | Officer Buchanan |
| 26-9 | | 2-14-07 | 2/14 | 2/14 | Photo upstairs - gun | ↓ |
| ~~23F~~ | | ~~2-14-07~~ | ~~2/14~~ | ~~2/14~~ | ~~fingerprint card~~ | ⊗ |
| 1PR-18PR | | 2/14/07 | 2/14 | 2/14 | Phone records | K. Meyer |
| 1PR | | 2/14/07 | 2/14 | 2/14 | Suppoena for phone records | K. Meyer |
| | 3 | 2-15-07 | 2/15 | 2/15 | C.I. stmt. from "Luy" (7/25/07) | S. Brock |
| 4-V | | 2-15-07 | 2/15 | 2/15 | CV - video of buy - 8/9/05 | ↓ |
| 4-B1 | | 2-15-07 | | 2/15 | Photo from video - 4B | |
| 4-B2 | | 2-15-07 | | | Photo " video - 4B | |
| 4-B3 | | 2-15-07 | | ↓ | Photo from video 4B | |
| 4-C | | 2-15-07 | ↓ | ↓ | Pkg. of "Porported" crack | ↓ |
| 5-V | | 2-15-07 | 2/15 | 2/15 | CD of video of 8/15/05 | |
| obj 5-C | | 2-15-07 | 2/15 | 2/15 | Cocaine | |
| 5P1-P4 | | 2-15-07 | 2/15 | 2/15 | Photos from video video 5V? | |
| obj 6C | | ↓ | ↓ | ↓ | cocaine | |
| 6A | | ↓ | ↓ | ↓ | audio 8/18/05 | ↓ |
| ↓ 6V | | ↓ | ↓ | ↓ | video | |

Page 2 of Pages

AO 187A (Rev. 7/87) ⊕    EXHIBIT AND WITNESS LIST – CONTINUATION

U.S.A. vs. Bennett, et al    CASE NO. 06-10033

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| obj 6P1-P4 | | 2/15/07 | 2/15 | 2/15 | Photos from 6A video 8/18/05 S. Brock |
| obj 6T | | | ↓ | X | transcripts of videos. 8/18/05 (all) ↓ |
| 7C | | 2/15/07 | | | Cocaine (drugs.) 8/24/05 buy ↓ |
| 7A | | | | | audio |
| 7V | | | | | video |
| 7P-1 - 7-6 | | ↓ | | ↓ | Photos from video 7B |
| 7T | | X | | X | |
| 8C | | 2/15/07 | | 2/15 | cocaine from 9/7/05 buy |
| 8A | | | | | audio tape |
| 8V | | ↓ | | | Video tape |
| 8P1 - 8P3 | | 2/15/07 | | ↓ | Photos from |
| 8T | | X | ↓ | X | transcript |
| 9C | | 2/15/07 | 2/15 | | cocaine |
| 10C | | | | | cocaine |
| 9-10A | | | | | audio tape |
| 9-10V | | | | | video tape |
| 9-10-P1 thru 9-10-P8 | | ↓ | | ↓ | Photos taken from video 9-10 V exhibit |
| 9-10T | | 2/15/07 | ↓ | X | transcript |
| 11-C | | 2/15/07 | | 2/15 | cocaine (- 9/13/05 buy) |
| 11-A | | | | | audio tape |
| 11-V | | | | | video tape |
| 11P1 - 11P3 | | ↓ | | ↓ | Photos from video |
| 11T | | X | | X | transcript |
| 12C | | 12-15-07 | 12/15 | 12/15 | cocaine (2/16/05 buy) |
| 12A | | ↓ | | | audio tape |

Page 3 of      Pages

AO 187A (Rev. 7/87) ⊕      EXHIBIT AND WITNESS LIST — CONTINUATION

| | | USA | | vs. | Bennett, et al | CASE NO. 06-10033 |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 12V | | 02-15-07 | 2/15 | 2/15 | video tape 2/16/05 buy | S. Broch |
| 12P1 | | 02-15-07 | | | Photos from 12V video | |
| thru 12P6 | | ↓ | ↓ | ↓ | Photos " | ↓ |
| 12T | | ✗ | | ✗ | transcript of 12A. | |
| 13C | | 2-15-07 | | 2/15 | Cocaine 9/20/05 buy | |
| 13A | | | | | audio tape 9/20/05 buy | |
| 13V | | | | | video tape " | |
| 13P1 - 13P3 | | ↓ | ↓ | ↓ | Photos from video tape 13V. | |
| 13T | | ✗ | | ✗ | transcript of 13A | ↓ |
| 14C | | 2-15-07 | | 2/15 | Cocaine from 10/14/05 buy | |
| 14A | | ↓ | | | audio tape | |
| 14T | | ↓ | | ↓ | transcript of audio tape. | |
| 15C2 | | 2-15-07 | 2/15 | 2/15 | sock | |
| 15C1 | | | | | Cocaine | |
| 15A | | ↓ | ↓ | ↓ | audio tape | |
| 15T | | 2-15-07 | | ✗ | transcript | |
| 16C | | 2-15-07 | 2/15 | 2/15 | Cocaine from 11/2/05 | |
| 16V | | | | | video CD | |
| 16A | | | | | audio - | |
| 16P1-P5 | | ↓ | ↓ | ↓ | Photos from 16V. | ↓ |
| 16T | | 2-15-07 | | ✗ | transcript | |
| 17C | | | 2/15 | 2/15 | Cocaine from 11/2/05 buy | |
| 17A | | | ↓ | | audio CD " " " | |
| 17T | | 2 ↓ | | ✗ | transcript of 17A | |
| 18C | | 2-15-07 | 2/15 | 2/15 | Cocaine from Ct. 18. | |
| 18V | | 2-15-07 | ↓ | 2/15 | audio + video CD. | |
| 18T | | 2/15 | 2/15 | ✗ | transcript of 18V. | Page 4 of ___ Pages |

AO 187A (Rev. 7/87) 　　　　**EXHIBIT AND WITNESS LIST – CONTINUATION**

U.S.A.　vs.　Bennett, et al　　CASE NO. 06-10033

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 31 | | 2-15-07 | 2/15 | 2/15 | bag of "white substance" ~~cocaine~~ – (NOT CRACK.) | S. Brick |
| 19T | | 2-15-07 | 2/15 | | Audio CD. | ↓ |
| 19T-2 | | 2-15-07 | | ↓ | Transcript of 19-T | ↓ |
| 23L-1 | | 2-15-07 | | | fingerprint lift | Ellis |
| 23L-2 | | | ↓ | | fingerprint lift | ↓ |
| 23L-3 | | ↓ | ↓ | ↓ | " " | ↓ |
| 28 | | 2-16-07 | 2/16 | 2/16 | (Proffer) Agreement signed (Immunity) | Douglas Sherman |
| 28A | | ↓ | ↓ | ↓ | Agreement signed (PADI) | ↓ |

"no obj"
"