Judge Mihm,  06-100

In reference to page 27, "is" distributes solely limited to the actual transference from hand to hand or does it include other actions involved in the distribution process. Such as making arrangement, driving, +etc.

Julie L. Blout

FILED
FEB    2007
JOH...
U.S. ...
CENTRAL ... ...NOIS

R #1

TO: The Jury
FROM: Judge Mihm

The instruction on page 27 defines the term "Distribution."

The instructions, including but not limited to the instructions on pages 20, 22, 23, & 24 address when a defendant may be responsible for conduct surrounding the actual transfer of drugs.

Q #2

We the jury pick choice (C) to go home + come back tomorrow

*Julie Blout*

FILED
FEB 2007
J C... Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

R#2

To: The Jury

From: Judge Mihm

It is now 5:30. Do you want to: A) Keep deliberating without ordering dinner; B) Keep deliberating and order dinner; or C) Go home and come back tomorrow? Please indicate your response in writing.