E-FILED
Thursday, 22 February, 2007  03:58:01 PM
Clerk, U.S. District Court, ILCD

We the jury find the defendant,

**ADREIN BENNETT**

✓ GUILTY

_____ NOT GUILTY

FILED

FEB 21 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

of the charge of Conspiracy to Distribute a controlled substance as alleged in Count 1 of the

S/ Foreperson

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror

If you find any defendant guilty of Conspiracy as charged in Count 1 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the conspiracy charged in Count 1 was to distribute:

_____cocaine base, but not cocaine base (crack); or,

___✓___cocaine base (crack)

**FILED**

FEB 21 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT

S/ Foreperson

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror

We the jury find the defendant,

### NEASHON WASHINGTON

**FILED**

FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____ ✓ GUILTY

_____ NOT GUILTY

of the charge of Conspiracy to Distribute a controlled substance as alleged in Count 1 of the

Indictment.

## S/ Foreperson

s/ Juror                  s/ Juror

s/ Juror                  s/ Juror

s/ Juror                  s/ Juror

s/ Juror                  s/ Juror

s/ Juror                  s/ Juror

s/ Juror

We the jury find the defendant,

**ADREIN BENNETT**

**FILED**

FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

___✓___ GUILTY

_____ NOT GUILTY

of the charge of Distribution of cocaine as alleged in Count 2 of the Indictment.

S/ Foreperson

s/ Juror                 s/ Juror

s/ Juror                 s/ Juror

s/ Juror                 s/ Juror

s/ Juror                 s/ Juror

s/ Juror                 s/ Juror

s/ Juror

We the jury find the defendant,

**NEASHON WASHINGTON**

**FILED**

**FEB 2 1 2007**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____✓_____  GUILTY

_____  NOT GUILTY

of the charge of Distribution of cocaine as alleged in Count 2 of the Indictment.

S/ Foreperson

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror

We the jury find the defendant,

**ADREIN BENNETT**

**FILED**

FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____ ✓ _____     GUILTY

_____     NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 3 of the Indictment.

S/ Foreperson

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror

We the jury find the defendant,

**NEASHON WASHINGTON**

**FILED**

FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____ ✓ _____   GUILTY

_____   NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 3 of the Indictment.

S/ Foreperson

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror

If you find any defendant guilty of Distribution as charged in Count 3 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 3 was:

\_\_\_\_\_cocaine base, but not cocaine base (crack); or

\_\_\_\_\_cocaine base (crack)

**FILED**

FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT

S/ Foreperson

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror

We the jury find the defendant,

**ADREIN BENNETT**

**FILED**

FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____✓_____    GUILTY

_____    NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 4 of the Indictment.

S/ Foreperson

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror

If you find any defendant guilty of Distribution as charged in Count 4 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 4 was:

\_\_\_\_\_cocaine base, but not cocaine base (crack); or

\_\_✓\_\_cocaine base (crack)

**FILED**

**FEB 2 1 2007**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

S/ Foreperson

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror

We the jury find the defendant,

**ADREIN BENNETT**

FILED

FEB 21 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

\_\_\_\_✓\_\_\_\_    GUILTY

_____    NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 5 of the Indictment.

S/ Foreperson

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror

We the jury find the defendant,

**NEASHON WASHINGTON**

**FILED**

**FEB 2 1 2007**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____ ✓ GUILTY

_____ NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 5 of the Indictment.

S/ Foreperson

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror

If you find any defendant guilty of Distribution as charged in Count 5 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 5 was:

\_\_\_\_\_ cocaine base, but not cocaine base (crack); or

$\checkmark$ cocaine base (crack)

**FILED**

FEB 2 1 2007

JOHN ......
US ..........

## S/ Foreperson

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror

We the jury find the defendant,

**ADREIN BENNETT**

# FILED

FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

✓

_____ GUILTY

_____ NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 6 of the Indictment.

S/ Foreperson

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror

We the jury find the defendant,

**NEASHON WASHINGTON**



_____ ✓ _____  GUILTY

_____  NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 6 of the Indictment.

S/ Foreperson

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror

If you find any defendant guilty of Distribution as charged in Count 6 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 6 was:

_____ cocaine base, but not cocaine base (crack); or

___✓___ cocaine base (crack)

**FILED**

FEB 2 1 2007

S/ Foreperson

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror

We the jury find the defendant,

**ADREIN BENNETT**

# FILED

**FEB 2 1 2007**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

___✓___  GUILTY

_____  NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 7 of the Indictment.

S/ Foreperson

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror

We the jury find the defendant,

**NEASHON WASHINGTON**

**FILED**

FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____√_____    GUILTY

_____    NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 7 of the Indictment.

S/ Foreperson

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror

If you find any defendant guilty of Distribution as charged in Count 7 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 7 was:

_____ cocaine base, but not cocaine base (crack); or

___✓___ cocaine base (crack)



S/ Foreperson

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror

We the jury find the defendant,

**ADREIN BENNETT**



_____ ✓      GUILTY

_____         NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 8 of the Indictment.

S/ Foreperson

s/ Juror                 s/ Juror

s/ Juror                 s/ Juror

s/ Juror                 s/ Juror

s/ Juror                 s/ Juror

s/ Juror                 s/ Juror

s/ Juror

If you find any defendant guilty of Distribution as charged in Count 8 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 8 was:

_____cocaine base, but not cocaine base (crack); or

___✓__cocaine base (crack)

**FILED**

FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILL...

## S/ Foreperson

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror

We the jury find the defendant,

**ADREIN BENNETT**



_____ ✓ GUILTY

_____ NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 9 of the Indictment.

S/ Foreperson

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror

If you find any defendant guilty of Distribution as charged in Count 9 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 9 was:

_____ cocaine base, but not cocaine base (crack); or

___✓___ cocaine base (crack)



FILED
FEB 2 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINois

S/ Foreperson

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror

We the jury find the defendant,

**ADREIN BENNETT**

FILED

FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

✓  GUILTY
_____

_____  NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 10 of the Indictment.

S/ Foreperson

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror

If you find any defendant guilty of Distribution as charged in Count 10 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 10 was:

_____ cocaine base, but not cocaine base (crack); or

_____ cocaine base (crack)



FILED

FEB 21 2007

JOHN M. WATERS ~

S/ Foreperson

s/ Juror               s/ Juror

s/ Juror               s/ Juror

s/ Juror               s/ Juror

s/ Juror               s/ Juror

s/ Juror               s/ Juror

s/ Juror

We the jury find the defendant,

**ADREIN BENNETT**

**FILED**

FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____✓_____    GUILTY

_____    NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 11 of the Indictment.

S/ Foreperson

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror

If you find any defendant guilty of Distribution as charged in Count 11 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 11 was:

_____cocaine base, but not cocaine base (crack); or

__✓__cocaine base (crack)

**FILED**

FEB 2 1 2007

JOHN M. ~~~~~~

S/ Foreperson

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror

We the jury find the defendant,

**ADREIN BENNETT**



FILED
FEB 2 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____ ✓  GUILTY

_____  NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 12 of the Indictment.

S/ Foreperson

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror

If you find any defendant guilty of Distribution as charged in Count 12 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 12 was:

_____cocaine base, but not cocaine base (crack); or

✓ cocaine base (crack)



S/ Foreperson

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror

We the jury find the defendant,

**ADREIN BENNETT**

# FILED

### FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____✓_____  GUILTY

_____  NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 13 of the Indictment.

S/ Foreperson

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror

If you find any defendant guilty of Distribution as charged in Count 13 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 13 was:

_____ cocaine base, but not cocaine base (crack); or

__✓__ cocaine base (crack)

**FILED**

FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## S/ Foreperson

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror

We the jury find the defendant,

**ADREIN BENNETT**

**FILED**

FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

____✓____     GUILTY

_____     NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 14 of the Indictment.

S/ Foreperson

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror

We the jury find the defendant,

**NEASHON WASHINGTON**

**FILED**

**FEB 21 2007**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____✓_____  GUILTY

_____  NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 14 of the Indictment.

S/ Foreperson

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror

If you find any defendant guilty of Distribution as charged in Count 14 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 14 was:

_____ cocaine base, but not cocaine base (crack); or

___✓___ cocaine base (crack)

**FILED**

**FEB 2 1 2007**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT

S/ Foreperson

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror

We the jury find the defendant,

**ADREIN BENNETT**

_____ ✓     GUILTY

_____     NOT GUILTY

**FILED**

FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

of the charge of Distribution of a controlled substance as alleged in Count 15 of the indictment.

# S/ Foreperson

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror

If you find any defendant guilty of Distribution as charged in Count 15 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 15 was:

_____cocaine base, but not cocaine base (crack); or

___✓___cocaine base (crack)

FILED
FEB 2 1 2007
JOHN M. WATERS

### S/ Foreperson

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror

We the jury find the defendant,

**FILED**

**ADREIN BENNETT**

FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____✓_____    GUILTY

_____    NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 16 of the Indictment.

S/ Foreperson

s/ Juror                 s/ Juror

s/ Juror                 s/ Juror

s/ Juror                 s/ Juror

s/ Juror                 s/ Juror

s/ Juror                 s/ Juror

s/ Juror

We the jury find the defendant,


**NEASHON WASHINGTON**

FILED

FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____ ✓ _____  GUILTY

_____  NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 16 of the Indictment.


S/ Foreperson

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror            s/ Juror

s/ Juror

If you find any defendant guilty of Distribution as charged in Count 16 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 16 was:

_____ cocaine base, but not cocaine base (crack); or

___✓___ cocaine base (crack)

**FILED**

FEB 21 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILL.

# S/ Foreperson

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror                s/ Juror

s/ Juror

We the jury find the defendant,

**ADREIN BENNETT**

**FILED**

FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____✓_____    GUILTY

_____    NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 17 of the Indictment.

S/ Foreperson

s/ Juror              s/ Juror

s/ Juror              s/ Juror

s/ Juror              s/ Juror

s/ Juror              s/ Juror

s/ Juror              s/ Juror

s/ Juror

We the jury find the defendant,

**NEASHON WASHINGTON**

**FILED**

FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____✓_____  GUILTY

_____  NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 17 of the Indictment.

S/ Foreperson

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror

If you find any defendant guilty of Distribution as charged in Count 17 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 17 was:

_____cocaine base, but not cocaine base (crack); or

\_\_✓\_\_cocaine base (crack)

**FILED**

**FEB 2 1 2007**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

S/ Foreperson

s/ Juror                 s/ Juror

s/ Juror                 s/ Juror

s/ Juror                 s/ Juror

s/ Juror                 s/ Juror

s/ Juror                 s/ Juror

s/ Juror

We the jury find the defendant,

**NEASHON WASHINGTON**

**FILED**

FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

✓   GUILTY

_____   NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 18 of the Indictment.

S/ Foreperson

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror          s/ Juror

s/ Juror

If you find any defendant guilty of Distribution as charged in Count 18 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 18 was:

_____cocaine base, but not cocaine base (crack); or

___✓___cocaine base (crack)

**FILED**

FEB 2 1 2007

JOHN M. WATERS, Clerk
U.S. District

S/ Foreperson

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror

If you find any defendant guilty of Distribution as charged in Count 18 of the Indictment, next you must find, beyond a reasonable doubt, the quantity of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the amount of controlled substances involved in Count 18 was:

_____ less than 5 grams

____✓____ 5 grams or more, but less than 50 grams

_____ 50 grams or more

**FILED**

**FEB 2 1 2007**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

S/ Foreperson

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror