TO: The Jury
Reg. Count I –
I have added the two sheets that should have been in the folders to begin with. Thank you for bringing it to my attention. My mistake.

Judge Mihm

To: jury

Please give me the verdict forms you have in the folder for Count #1

Thank you.

Judge Mihm

TO: The jury

FROM: Judge Mihm

05-10003

Do you want to order lunch? Please respond in writing. Thank you.