E-FILED
Monday, 14 May, 2007  01:57:22 PM
Clerk, U.S. District Court, ILCD

GOVERNMENT'S INSTRUCTION NO.

You are not to speculate about or discuss what sentence a defendant might receive if you return a guilty verdict.  You are not to consider potential sentences in any way in reaching your verdicts.  You have no role to play in the matter of sentencing.  Sentencing is solely the duty of the Judge.



Foreperson

GOVERNMENT'S INSTRUCTION NO. **31-A**

You are instructed that cocaine, cocaine base and cocaine base (crack) are Schedule II
controlled substances.


21 U.S.C. § 841(a)(1)
7th Circuit at 381

We the jury find the defendant,


**ADREIN BENNETT**


Not guilty of the charge of Conspiracy to Distribute cocaine base (crack) as alleged in Count 1 of the Indictment.


_____

Foreperson

If you find the defendant, Adrein Bennett, guilty of Conspiracy as charged in Count 1 of the Indictment, next you must find beyond a reasonable doubt the quantity of drugs involved. Indicate your findings as to the quantity of drugs below and have each juror sign this form.

We, the jury, find that the amount of cocaine base or cocaine base (crack) involved in the conspiracy and reasonably foreseeable to Adrein Bennett was:

_____ less than 5 grams

_____5 grams or more, but less than 50 grams

_____50 grams or more

_____     _____

                                             Foreperson

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

We the jury find the defendant,

**ADREIN BENNETT**

Guilty of the charge of Conspiracy to Distribute cocaine base (crack) as alleged in Count 1 of the Indictment.

_____
Foreperson

We the jury find the defendant,

**ADREIN BENNETT**

Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 3 of the Indictment.

_____
Foreperson

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____

We the jury find the defendant,


**ADREIN BENNETT**


Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 3 of the

Indictment.


_____

Foreperson

_____


_____         _____


_____         _____


_____         _____


_____         _____


_____

We the jury find the defendant,

**ADREIN BENNETT**

Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 4 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,

**ADREIN BENNETT**

Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 4 of the

Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,

**ADREIN BENNETT**

Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 5 of the Indictment.

_____

Foreperson

We the jury find the defendant,


**ADREIN BENNETT**


Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 5 of the

Indictment.


_____
Foreperson

We the jury find the defendant,

**ADREIN BENNETT**

Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 6 of the Indictment.

_____

Foreperson

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____

We the jury find the defendant,


**ADREIN BENNETT**


Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 6 of the

Indictment.


_____
Foreperson

_____                    _____


_____                    _____


_____                    _____


_____                    _____


_____                    _____


_____

We the jury find the defendant,


**ADREIN BENNETT**


Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 7 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,


**ADREIN BENNETT**


Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 7 of the

Indictment.


_____

Foreperson

_____          _____


_____          _____


_____          _____


_____          _____


_____          _____


_____

We the jury find the defendant,

**ADREIN BENNETT**

Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 8 of the Indictment.

_____

Foreperson

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____

We the jury find the defendant,

**ADREIN BENNETT**

Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 8 of the Indictment.

_____

Foreperson

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____

We the jury find the defendant,


**ADREIN BENNETT**


Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 9 of the Indictment.

_____

Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,

**ADREIN BENNETT**

Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 9 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,


**ADREIN BENNETT**


Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 10 of the Indictment.

_____
Foreperson

_____        _____


_____        _____


_____        _____


_____        _____


_____        _____


_____

We the jury find the defendant,


**ADREIN BENNETT**


Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 10 of the Indictment.


_____

Foreperson

_____        _____


_____        _____


_____        _____


_____        _____


_____        _____


_____

We the jury find the defendant,

**ADREIN BENNETT**

Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 11 of the Indictment.

_____
Foreperson

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____

We the jury find the defendant,


**ADREIN BENNETT**


Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 11 of the Indictment.


_____

Foreperson

_____                _____


_____                _____


_____                _____


_____                _____


_____                _____


_____

We the jury find the defendant,

**ADREIN BENNETT**

Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 12 of the Indictment.

_____
Foreperson

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____

We the jury find the defendant,


**ADREIN BENNETT**


Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 12 of the

.Indictment.

_____

Foreperson

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____

We the jury find the defendant,

**ADREIN BENNETT**

Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 13 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,


**ADREIN BENNETT**


Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 13 of the

Indictment.

_____
Foreperson

_____            _____


_____            _____


_____            _____


_____            _____


_____            _____


_____

We the jury find the defendant,

**ADREIN BENNETT**

Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 14 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,

**ADREIN BENNETT**

Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 14 of the

Indictment.

_____
Foreperson

We the jury find the defendant,

**ADREIN BENNETT**

Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 15 of the Indictment.

_____

Foreperson

We the jury find the defendant,

**ADREIN BENNETT**

Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 15 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,

**ADREIN BENNETT**

Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 16 of the Indictment.

_____
Foreperson

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____

We the jury find the defendant,

**ADREIN BENNETT**

Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 16 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,


**ADREIN BENNETT**


Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 17 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,


**ADREIN BENNETT**


Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 17 of the Indictment.

_____
Foreperson

_____    _____


_____    _____


_____    _____


_____    _____


_____    _____


_____

We the jury find the defendant,

**NEASHON WASHINGTON**

Not guilty of the charge of Conspiracy to Distribute cocaine base (crack) as alleged in Count 1 of the Indictment.

_____
Foreperson

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____

We the jury find the defendant,

**NEASHON WASHINGTON**

Guilty of the charge of Conspiracy to Distribute cocaine base (crack) as alleged in Count 1 of the Indictment.

_____
Foreperson

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____

If you find the defendant, Neashon Washington, guilty of Conspiracy as charged in Count 1 of the Indictment, next you must find beyond a reasonable doubt the quantity of drugs involved. Indicate your findings as to the quantity of drugs below and have each juror sign this form.

We, the jury, find that the amount of cocaine base or cocaine base (crack) involved in the conspiracy and reasonably foreseeable to Neashon Washington was:

_____ less than 5 grams

_____ 5 grams or more, but less than 50 grams

_____ 50 grams or more

_____          _____
                                         Foreperson

_____          _____


_____          _____


_____          _____


_____          _____


_____          _____

We the jury find the defendant,


**NEASHON WASHINGTON**


Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 2 of the Indictment.


_____
Foreperson

_____          _____


_____          _____


_____          _____


_____          _____


_____          _____


_____

We the jury find the defendant,

**NEASHON WASHINGTON**

Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 2 of the Indictment.

_____
Foreperson

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____

We the jury find the defendant,

**NEASHON WASHINGTON**

Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 3 of the Indictment.

_____
Foreperson

_____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,

**NEASHON WASHINGTON**

Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 3 of the Indictment.

_____
Foreperson

We the jury find the defendant,

**NEASHON WASHINGTON**

Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 5 of the

Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,

**NEASHON WASHINGTON**

Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 5 of the Indictment.

_____
Foreperson

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____

We the jury find the defendant,


**NEASHON WASHINGTON**


Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 6 of the
Indictment.


_____
Foreperson

_____                    _____


_____                    _____


_____                    _____


_____                    _____


_____                    _____


_____

We the jury find the defendant,


**NEASHON WASHINGTON**


Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 6 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,


**NEASHON WASHINGTON**


Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 7 of the Indictment.


_____
Foreperson

_____


_____


_____                    _____


_____                    _____


_____                    _____


_____                    _____


_____

We the jury find the defendant,

**NEASHON WASHINGTON**

Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 7 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,

**NEASHON WASHINGTON**

Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 14 of the Indictment.

_____
Foreperson

We the jury find the defendant,

**NEASHON WASHINGTON**

Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 14 of the Indictment.

_____

Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,

**NEASHON WASHINGTON**

Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 16 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,

**NEASHON WASHINGTON**

Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 16 of the Indictment.

_____
Foreperson

We the jury find the defendant,

**NEASHON WASHINGTON**

Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 17 of the Indictment.

_____
Foreperson

We the jury find the defendant,

**NEASHON WASHINGTON**

Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 17 of the Indictment.

_____
Foreperson

_____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____

We the jury find the defendant,

**NEASHON WASHINGTON**

Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 18 of the Indictment.

_____
Foreperson

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____

We the jury find the defendant,

**NEASON WASHINGTON**

Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 18 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,

**TERRY BENNETT**

Not guilty of the charge of Conspiracy to Distribute cocaine base (crack) as alleged in Count 1 of the Indictment.

_____
Foreperson

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

_____

We the jury find the defendant,

**TERRY BENNETT**

Guilty of the charge of Conspiracy to Distribute cocaine base (crack) as alleged in Count 1 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

If you find the defendant, Terry Bennett, guilty of Conspiracy as charged in Count 1 of the Indictment, next you must find beyond a reasonable doubt the quantity of drugs involved. Indicate your findings as to the quantity of drugs below and have each juror sign this form.

We, the jury, find that the amount of cocaine base or cocaine base (crack) involved in the conspiracy and reasonably foreseeable to Terry Bennett was:

_____ less than 5 grams

_____ 5 grams or more, but less than 50 grams

_____ 50 grams or more

_____     _____
                                       Foreperson

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

We the jury find the defendant,

**TERRY BENNETT**

Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 4 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,


**TERRY BENNETT**


Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 4 of the Indictment.


_____
Foreperson

_____                    _____


_____                    _____


_____                    _____


_____                    _____


_____                    _____


_____

We the jury find the defendant,

**TERRY BENNETT**

Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 11 of the Indictment.

_____

Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,


**TERRY BENNETT**


Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 11 of the Indictment.


_____
Foreperson

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____

DEFENDANT'S INSTRUCTION NO. _____

A defendant's presence at the scene of a crime and knowledge that a crime is being committed is not alone sufficient to establish the defendant's guilt.

A defendant's association with conspirators or persons involved in a criminal enterprise is not by itself sufficient to prove his participation or membership in a conspiracy

FEDERAL CRIMINAL JURY INSTRUCTION 5.11

GOVERNMENT'S INSTRUCTION NO. 34-A

If you find any defendant guilty of Conspiracy as charged in Count 1 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the conspiracy charged in Count 1 was to distribute:

_____cocaine base, but not cocaine base (crack); or,

_____cocaine base (crack)

_____          _____
                                         Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

*[signature]*

If you find any defendant guilty of Conspiracy as charged in Count 1 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the conspiracy charged in Count 1 was to distribute:

~~cocaine~~

_____cocaine base, *but not cocaine base crack, or*

_____cocaine base (crack)


_____        _____
                                          Foreperson

_____        _____


_____        _____


_____        _____


_____        _____


_____        _____

If you find the defendant, Adrein Bennett, guilty of Conspiracy as charged in Count 1 of the Indictment, next you must find, beyond a reasonable doubt, the quantity of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the amount of controlled substances involved in the conspiracy and reasonably foreseeable to Adrein Bennett was:

_____ less than 5 grams

_____ 5 grams or more, but less than 50 grams

_____ 50 grams or more


_____          _____
                                     Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

If you find any defendant guilty of Distribution as charged in Count 2 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 2 was:

_____ cocaine

\_\_\_\_\_cocaine base

\_\_\_\_\_cocaine base (crack)

_____

Foreperson

If you find any defendant guilty of Distribution as charged in Count 3 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 3 was:

_____ cocaine

_____cocaine base

_____cocaine base (crack)


_____          _____
                                         Foreperson

_____          _____


_____          _____


_____          _____


_____          _____


_____          _____

If you find any defendant guilty of Distribution as charged in Count 4 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 4 was:

_____ cocaine

_____cocaine base

_____cocaine base (crack)


_____        _____
                                        Foreperson

_____        _____


_____        _____


_____        _____


_____        _____


_____        _____

If you find any defendant guilty of Distribution as charged in Count 5 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 5 was:

_____ cocaine

_____ cocaine base

_____ cocaine base (crack)

_____

_____     Foreperson

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

If you find any defendant guilty of Distribution as charged in Count 6 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 6 was:

_____ cocaine

_____cocaine base

_____cocaine base (crack)


_____          _____
                                          Foreperson

_____          _____


_____          _____


_____          _____


_____          _____


_____          _____

If you find any defendant guilty of Distribution as charged in Count 7 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 7 was:

_____ cocaine

_____cocaine base

_____cocaine base (crack)


_____     _____
                                                Foreperson

_____     _____


_____     _____


_____     _____


_____     _____


_____     _____

If you find any defendant guilty of Distribution as charged in Count 8 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 8 was:

_____ cocaine

_____cocaine base

_____cocaine base (crack)


_____          _____
                                            Foreperson

_____          _____


_____          _____


_____          _____


_____          _____


_____          _____

If you find any defendant guilty of Distribution as charged in Count 9 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 9 was:

_____ cocaine

_____cocaine base

_____cocaine base (crack)

_____          _____
                                            Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

If you find any defendant guilty of Distribution as charged in Count 10 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 10 was:

_____ cocaine

_____cocaine base

_____cocaine base (crack)


_____                    _____
                                                             Foreperson

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

If you find any defendant guilty of Distribution as charged in Count 11 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 11 was:

_____ cocaine

_____cocaine base

_____cocaine base (crack)

_____          _____
                                            Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

If you find any defendant guilty of Distribution as charged in Count 12 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 12 was:

_____ cocaine

_____cocaine base

_____cocaine base (crack)

_____

_____     Foreperson

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

If you find any defendant guilty of Distribution as charged in Count 13 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 13 was:

_____ cocaine

_____cocaine base

_____cocaine base (crack)

_____         _____
                                                                                      Foreperson

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

If you find any defendant guilty of Distribution as charged in Count 14 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 14 was:

_____ cocaine

_____cocaine base

_____cocaine base (crack)

_____        _____

                                              Foreperson

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

If you find any defendant guilty of Distribution as charged in Count 15 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 15 was:

_____ cocaine

_____ cocaine base

_____ cocaine base (crack)

_____

_____ Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

If you find any defendant guilty of Distribution as charged in Count 16 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 16 was:

_____ cocaine

_____ cocaine base

_____ cocaine base (crack)

_____

_____          _____ Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

E-FILED
Monday, 14 May, 2007  01:57:37 PM
Clerk, U.S. District Court, ILCD

If you find any defendant guilty of Distribution as charged in Count 17 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 17 was:

\_\_\_\_\_ cocaine

\_\_\_\_\_cocaine base

\_\_\_\_\_cocaine base (crack)

_____

Foreperson

_____        _____

_____        _____

_____        _____

_____        _____

If you find any defendant guilty of Distribution as charged in Count 18 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 18 was:

_____ cocaine

_____cocaine base

_____cocaine base (crack)

_____

Foreperson _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

If you find any defendant guilty of Distribution as charged in Count 18 of the Indictment, next you must find, beyond a reasonable doubt, the quantity of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the amount of controlled substances involved in Count 18 was:

_____ less than 5 grams

_____ 5 grams or more, but less than 50 grams

_____ 50 grams or more


_____          Foreperson _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

GOVERNMENT'S INSTRUCTION NO. 34

If you find any defendant guilty of Conspiracy to Distribute Cocaine Base (Crack) as charged in Count 1 of the Indictment, the jury must also find beyond a reasonable doubt the quantity of drugs involved. Indicate your findings as to the quantity of drugs below and have each juror sign this form.

We the jury find that the conspiracy involved_____grams of cocaine base (crack) with intent to distribute.


_____        _____
                                  Foreperson

_____        _____


_____        _____


_____        _____


_____        _____


_____        _____

If you find any defendant guilty of Conspiracy to Distribute Cocaine Base (Crack) as charged in Count 1 of the Indictment, the jury must also find beyond a reasonable doubt the quantity of drugs involved. Indicate your findings as to the quantity of drugs below and have each juror sign this form.

We the jury find that the conspiracy involved _____ grams of cocaine base (crack) with intent to distribute.

_____        _____
                                 Foreperson

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

GOVERNMENT'S INSTRUCTION NO. 34-B1

If you find the defendant, Adrein Bennett, guilty of Conspiracy as charged in Count 1 of

the Indictment, next you must find beyond a reasonable doubt the quantity of drugs involved.

Indicate your findings as to the quantity of drugs below and have each juror sign this form.

We, the jury, find that the amount of cocaine base or cocaine base (crack) involved in the

conspiracy and reasonably foreseeable to Adrein Bennett was:

_____ less than 5 grams

_____5 grams or more, but less than 50 grams

_____50 grams or more

_____     _____

                                                Foreperson

_____     _____

_____     _____

_____     _____

_____     _____

GOVERNMENT'S INSTRUCTION NO. *34-B2*

If you find the defendant, Terry Bennett, guilty of Conspiracy as charged in Count 1 of the Indictment, next you must find beyond a reasonable doubt the quantity of drugs involved. Indicate your findings as to the quantity of drugs below and have each juror sign this form.

We, the jury, find that the amount of cocaine base or cocaine base (crack) involved in the conspiracy and reasonably foreseeable to Terry Bennett was:

_____ less than 5 grams

_____ 5 grams or more, but less than 50 grams

_____ 50 grams or more

_____

_____
Foreperson

_____

_____

_____

_____

_____

_____

_____

_____

GOVERNMENT'S INSTRUCTION NO. 34-B3

If you find the defendant, Neashon Washington, guilty of Conspiracy as charged in Count 1 of the Indictment, next you must find beyond a reasonable doubt the quantity of drugs involved.  Indicate your findings as to the quantity of drugs below and have each juror sign this form.

We, the jury, find that the amount of cocaine base or cocaine base (crack) involved in the conspiracy and reasonably foreseeable to Neashon Washington was:

_____ less than 5 grams

_____ 5 grams or more, but less than 50 grams

_____ 50 grams or more

_____          _____
                                        Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

GOVERNMENT'S INSTRUCTION NO.____

You have heard testimony from Douglas Sherman who:

(a) received immunity; that is, a promise from the government that any testimony or other information he provided would not be used against him in a criminal case; and/or,

(b)  received benefits from the government in connection with this case; and/or,

(c)  stated that he was involved in the commission of the offenses as charged against the defendants.

You may give his testimony such weight as you feel it deserves, keeping in mind that it must be considered with caution and great care.


FEDERAL CRIMINAL JURY INSTRUCTION 3.13 (as modified)

If you find any defendant guilty of Distribution as charged in Count 3 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 3 was:

_____cocaine base, but not cocaine base (crack); or

_____cocaine base (crack)

_____        _____
                                         Foreperson

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

If you find any defendant guilty of Distribution as charged in Count 4 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 4 was:

_____cocaine base, but not cocaine base (crack); or

_____cocaine base (crack)

_____        _____
                                         Foreperson

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

If you find any defendant guilty of Distribution as charged in Count 5 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 5 was:

_____cocaine base, but not cocaine base (crack); or

_____cocaine base (crack)


_____    _____
Foreperson

If you find any defendant guilty of Distribution as charged in Count 6 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 6 was:

_____cocaine base, but not cocaine base (crack); or

_____cocaine base (crack)

_____        _____
                                        Foreperson

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

If you find any defendant guilty of Distribution as charged in Count 7 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 7 was:

_____cocaine base, but not cocaine base (crack); or

_____cocaine base (crack)


_____          _____
                                   Foreperson

_____          _____


_____          _____


_____          _____


_____          _____


_____          _____

If you find any defendant guilty of Distribution as charged in Count 8 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 8 was:

_____cocaine base, but not cocaine base (crack); or

_____cocaine base (crack)


_____

_____    Foreperson

_____    _____

_____    _____

_____    _____

_____    _____

If you find any defendant guilty of Distribution as charged in Count 9 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 9 was:

_____cocaine base, but not cocaine base (crack); or

_____cocaine base (crack)

_____          _____
                                          Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

If you find any defendant guilty of Distribution as charged in Count 10 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 10 was:

_____cocaine base, but not cocaine base (crack); or

_____cocaine base (crack)

_____          _____
                                            Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

If you find any defendant guilty of Distribution as charged in Count 11 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 11 was:

_____cocaine base, but not cocaine base (crack); or

_____cocaine base (crack)


_____        _____
                                   Foreperson

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

If you find any defendant guilty of Distribution as charged in Count 12 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 12 was:

_____cocaine base, but not cocaine base (crack); or

_____cocaine base (crack)

_____

Foreperson _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

If you find any defendant guilty of Distribution as charged in Count 13 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 13 was:

_____cocaine base, but not cocaine base (crack); or

_____cocaine base (crack)

_____        _____
                                          Foreperson

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

If you find any defendant guilty of Distribution as charged in Count 14 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 14 was:

_____cocaine base, but not cocaine base (crack); or

_____cocaine base (crack)

_____    _____
                                              Foreperson

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

If you find any defendant guilty of Distribution as charged in Count 15 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 15 was:

_____cocaine base, but not cocaine base (crack); or

_____cocaine base (crack)

_____                    _____
                                                    Foreperson

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

If you find any defendant guilty of Distribution as charged in Count 16 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 16 was:

_____cocaine base, but not cocaine base (crack); or

_____cocaine base (crack)

_____          _____
                                                                                                Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

If you find any defendant guilty of Distribution as charged in Count 17 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 17 was:

_____cocaine base, but not cocaine base (crack); or

_____cocaine base (crack)

_____

_____          Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

If you find any defendant guilty of Distribution as charged in Count 18 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the drug distributed in Count 18 was:

_____cocaine base, but not cocaine base (crack); or

_____cocaine base (crack)


_____          _____
                                          Foreperson

_____          _____


_____          _____


_____          _____


_____          _____


_____          _____

GOVERNMENT'S INSTRUCTION NO. _____/_____

Members of the jury, you have seen and heard all the evidence and the arguments of the attorneys. Now I will instruct you on the law.

You have two duties as a jury. Your first duty is to decide the facts from the evidence in the case. This is your job, and yours alone.

Your second duty is to apply the law that I give you to the facts. You must follow these instructions, even if you disagree with them. Each of the instructions is important, and you must follow all of them.

Perform these duties fairly and impartially. Do not allow sympathy, prejudice, fear, or public opinion to influence you. You should not be influenced by any person's race, color, religion, national ancestry, or sex.

Nothing I say now, and nothing I said or did during the trial, is meant to indicate any opinion on my part about what the facts are or about what your verdict should be.

FEDERAL CRIMINAL JURY INSTRUCTION 1.01

GOVERNMENT'S INSTRUCTION NO. _____2_____

The evidence consists of the testimony of the witnesses, the exhibits admitted in

evidence, and stipulations.

A stipulation is an agreement between both sides that a person would have given certain

testimony.

I have taken judicial notice of certain facts that may be regarded as matters of common

knowledge.  You may accept those facts as proved, but you are not required to do so.


FEDERAL CRIMINAL JURY INSTRUCTION 1.02

GOVERNMENT'S INSTRUCTION NO. ____3____

You are to decide whether the testimony of each of the witnesses is truthful and accurate, in part, in whole, or not at all, as well as what weight, if any, you give to the testimony of each witness.

In evaluating the testimony of any witness, you may consider, among other things:

- the witness's age;

- the witness's intelligence;

- the ability and opportunity the witness had to see, hear, or know the things that the witness testified about;

- the witness's memory;

- any interest, bias, or prejudice the witness may have;

- the manner of the witness while testifying; and

- the reasonableness of the witness's testimony in light of all the evidence in the case.

You should judge a defendant's testimony in the same way that you judge the testimony of any other witness.

FEDERAL CRIMINAL JURY INSTRUCTION 1.03

You are to decide whether the testimony of each of the witnesses is truthful and accurate, in part, in whole, or not at all, as well as what weight, if any, you give to the testimony of each witness.

In evaluating the testimony of any witness, you may consider, among other things:

- the witness's age;

- the witness's intelligence;

- the ability and opportunity the witness had to see, hear, or know the things that the witness testified about;

- the witness's memory;

- any interest, bias, or prejudice the witness may have;

- the manner of the witness while testifying; and

- the reasonableness of the witness's testimony in light of all the evidence in the case.

You should judge a defendant's testimony in the same way that you judge the testimony of any other witness.

GOVERNMENT'S INSTRUCTION NO. 3-A

You are to decide whether the testimony of each of the witnesses is truthful and accurate, in part, in whole, or not at all, as well as what weight, if any, you give to the testimony of each witness.

In evaluating the testimony of any witness, you may consider, among other things:

- the witness's age;

- the witness's intelligence;

- the ability and opportunity the witness had to see, hear, or know the things that the witness testified about;

- the witness's memory;

- any interest, bias, or prejudice the witness may have;

- the manner of the witness while testifying; and

- the reasonableness of the witness's testimony in light of all the evidence in the case.

FEDERAL CRIMINAL JURY INSTRUCTION 1.03

GOVERNMENT'S INSTRUCTION NO. _____4_____

You should use common sense in weighing the evidence and consider the evidence in light of your own observations in life.

In our lives, we often look at one fact and conclude from it that another fact exists.  In law we call this "inference."  A jury is allowed to make reasonable inferences.  Any inferences you make must be reasonable and must be based on the evidence in the case.


FEDERAL CRIMINAL JURY INSTRUCTION 1.04

GOVERNMENT'S INSTRUCTION NO. _____5_____

~~States that~~ you have heard the phrases "circumstantial evidence" and "direct evidence." Direct evidence is the testimony of someone who claims to have personal knowledge of the commission of the crime which has been charged, such as an eyewitness. Circumstantial evidence is the proof of a series of facts which tend to show whether the defendant is guilty or not guilty. The law makes no distinction between the weight to be given either direct or circumstantial evidence. You should decide how much weight to give to any evidence. All the evidence in the case, including the circumstantial evidence, should be considered by you in reaching your verdict.


FEDERAL CRIMINAL JURY INSTRUCTION 1.05

Some of you have heard the phrases "circumstantial evidence" and "direct evidence." Direct evidence is the testimony of someone who claims to have personal knowledge of the commission of the crime which has been charged, such as an eyewitness. Circumstantial evidence is the proof of a series of facts which tend to show whether the defendant is guilty or not guilty. The law makes no distinction between the weight to be given either direct or circumstantial evidence. You should decide how much weight to give to any evidence. All the evidence in the case, including the circumstantial evidence, should be considered by you in reaching your verdict.

GOVERNMENT'S INSTRUCTION NO. **5-A**

You have heard the phrases "circumstantial evidence" and "direct evidence." Direct evidence is the testimony of someone who claims to have personal knowledge of the commission of the crime which has been charged, such as an eyewitness. Circumstantial evidence is the proof of a series of facts which tend to show whether the defendant is guilty or not guilty. The law makes no distinction between the weight to be given either direct or circumstantial evidence. You should decide how much weight to give to any evidence. All the evidence in the case, including the circumstantial evidence, should be considered by you in reaching your verdict.

FEDERAL CRIMINAL JURY INSTRUCTION 1.05

GOVERNMENT'S INSTRUCTION NO. ___6___

Certain things are not evidence. I will list them for you:

First, testimony that I struck from the record, or that I told you to disregard, is not evidence and must not be considered.

Second, anything that you may have seen or heard outside the courtroom is not evidence and must be entirely disregarded. This includes any press, radio, or television reports you may have seen or heard. Such reports are not evidence and your verdict must not be influenced in any way by such publicity.

Third, questions and objections by the lawyers are not evidence. Attorneys have a duty to object when they believe a question is improper. You should not be influenced by any objection or by my ruling on it.

Fourth, the lawyers' statements to you are not evidence. The purpose of these statements is to discuss the issues and the evidence. If the evidence as you remember it differs from what the lawyers said, your memory is what counts.

FEDERAL CRIMINAL JURY INSTRUCTION 1.06

GOVERNMENT'S INSTRUCTION NO. _____7_____

    It is proper for an attorney to interview any witness in preparation for trial.

FEDERAL CRIMINAL JURY INSTRUCTION 1.07



It is proper for an attorney to interview any witness in preparation for trial.

GOVERNMENT'S INSTRUCTION NO. ___8___

The indictment in this case is the formal method of accusing the defendants of offenses and placing the defendants on trial. It is not evidence against the defendants and does not create any inference of guilt.

Each of the defendants is charged with the offense of conspiracy to distribute cocaine base (crack) and distribution of cocaine base (crack). The defendants have pleaded not guilty to the charges.

FEDERAL CRIMINAL JURY INSTRUCTION 2.01



The indictment in this case is the formal method of accusing the defendants of offenses and placing the defendants on trial. It is not evidence against the defendants and does not create any inference of guilt.

Each of the defendants is charged with the offense of conspiracy to distribute cocaine base (crack) and distribution of cocaine base (crack). The defendants have pleaded not guilty to the charges.

GOVERNMENT'S INSTRUCTION NO. _____9_____

The defendants are presumed to be innocent of each of the charges.  This presumption continues during every stage of the trial and your deliberations on the verdict.  It is not overcome unless from all the evidence in the case you are convinced beyond a reasonable doubt that the defendants are guilty as charged.  The government has the burden of proving the guilt of the defendants beyond a reasonable doubt.

This burden of proof stays with the government throughout the case.  The defendants are never required to prove their innocence or to produce any evidence at all.


FEDERAL CRIMINAL JURY INSTRUCTION 2.03

GOVERNMENT'S INSTRUCTION NO. _____10_____

The defendants have an absolute right not to testify. The fact that the defendants did not testify should not be considered by you in any way in arriving at your verdict.

FEDERAL CRIMINAL JURY INSTRUCTION 3.01

The defendants have an absolute right not to testify. The fact that the defendants did not testify should not be considered by you in any way in arriving at your verdict.

GOVERNMENT'S INSTRUCTION NO. ___10-A

The defendants have an absolute right not to testify. The fact that a defendant did not

testify should not be considered by you in any way in arriving at your verdict.

FEDERAL CRIMINAL JURY INSTRUCTION 3.01

GOVERNMENT'S INSTRUCTION NO. __11__

You have received evidence of statements said to be made by the defendants. You must decide whether the defendants did in fact make the statements. If you find that the defendants did make the statements, then you must decide what weight, if any, you feel the statements deserve. In making this decision, you should consider all matters in evidence having to do with the statements, including those concerning the defendants themselves and the circumstances under which the statements were made.

You may not consider these statements as evidence against any of the defendants other than the one who made it.

FEDERAL CRIMINAL JURY INSTRUCTION 3.02



You have received evidence of statements said to be made by the defendants. You must decide whether the defendants did in fact make the statements. If you find that the defendants did make the statements, then you must decide what weight, if any, you feel the statements deserve. In making this decision, you should consider all matters in evidence having to do with the statements, including those concerning the defendants themselves and the circumstances under which the statements were made.

You may not consider these statements as evidence against any of the defendants other than the one who made it.

GOVERNMENT'S INSTRUCTION NO. __11-A__

You have received evidence of statements said to be made by a defendant. You must decide whether the defendant did in fact make the statements. If you find that the defendant did make the statements, then you must decide what weight, if any, you feel the statements deserve. In making this decision, you should consider all matters in evidence having to do with the statements, including those concerning the defendants themselves and the circumstances under which the statements were made.

You may not consider these statements as evidence against any of the defendants other than the one who made it.


FEDERAL CRIMINAL JURY INSTRUCTION 3.02

You have received evidence of statements said to be made by a defendant. You must decide whether the defendant did in fact make the statements. If you find that the defendant did make the statements, then you must decide what weight, if any, you feel the statements deserve. In making this decision, you should consider all matters in evidence having to do with the statements, including those concerning the defendants themselves and the circumstances under which the statements were made.

You may not consider these statements as evidence against any of the defendants other than the one who made it.

GOVERNMENT'S INSTRUCTION NO. _12_

You have heard witnesses give opinions about matters requiring special knowledge or skill.  You should judge this testimony in the same way that you judge the testimony of any other witness.  The fact that such a person has given an opinion does not mean that you are required to accept it.  Give the testimony whatever weight you think it deserves, considering the reasons given for the opinion, the witness' qualifications, and all of the other evidence in the case.


FEDERAL CRIMINAL JURY INSTRUCTION 3.07

GOVERNMENT'S INSTRUCTION NO. _13_

You have heard testimony from Douglas Sherman, James Terry, Barbara Darling, Jennifer Parr, Jennifer Delaney who:

(a) received immunity; that is, a promise from the government that any testimony or other information he or she provided would not be used against him or her in a criminal case.

(b) received benefits from the government in connection with this case, namely money.

(c) stated that he or she was involved in the commission of the offenses as charged against the defendants.

You may give his or her testimony such weight as you feel it deserves, keeping in mind that it must be considered with caution and great care.

FEDERAL CRIMINAL JURY INSTRUCTION 3.13 (as modified)



You have heard testimony from Douglas Sherman, James Terry, Barbara Darling, Jennifer Parr, Jennifer Delaney who:

(a) received immunity; that is, a promise from the government that any testimony or other information he or she provided would not be used against him or her in a criminal case.

(b)  received benefits from the government in connection with this case, namely money.

(c)  stated that he or she was involved in the commission of the offenses as charged against the defendants.

You may give his or her testimony such weight as you feel it deserves, keeping in mind that it must be considered with caution and great care.

GOVERNMENT'S INSTRUCTION NO. *13-A*

You have heard testimony from Douglas Sherman, James Terry, Barbara Darling, Anne Newman, and Jennifer Delaney who:

(a) received immunity; that is, a promise from the government that any testimony or other information he or she provided would not be used against him or her in a criminal case; or, *and*

(b) received benefits from the government in connection with this case; or, *and*

(c) stated that he or she was involved in the commission of the offenses as charged against the defendants.

You may give his or her testimony such weight as you feel it deserves, keeping in mind that it must be considered with caution and great care.

FEDERAL CRIMINAL JURY INSTRUCTION 3.13 (as modified)

You have heard testimony from Douglas Sherman, James Terry, Barbara Darling, Anne Newman, and Jennifer Delaney who:

(a) received immunity; that is, a promise from the government that any testimony or other information he or she provided would not be used against him or her in a criminal case; or,

(b)  received benefits from the government in connection with this case; or,

(c)  stated that he or she was involved in the commission of the offenses as charged against the defendants.

You may give his or her testimony such weight as you feel it deserves, keeping in mind that it must be considered with caution and great care.

GOVERNMENT'S INSTRUCTION NO. ___14___

Certain summaries are in evidence.  Their accuracy has been challenged by the defendants.  Thus, the original materials upon which the exhibits are based have also been admitted into evidence so that you may determine whether the summaries are accurate.

FEDERAL CRIMINAL JURY INSTRUCTION 3.16

Certain summaries are in evidence.  Their accuracy has been challenged by the defendants.  Thus, the original materials upon which the exhibits are based have also been admitted into evidence so that you may determine whether the summaries are accurate.

GOVERNMENT'S INSTRUCTION NO. __*15*__

You have heard recorded conversations. These recorded conversations are proper evidence and you may consider them, just as any other evidence.

When the recordings were played during the trial, you were furnished transcripts of the recorded conversations prepared by government agents.

The recordings are the evidence, and the transcripts were provided to you only as a guide to help you follow as you listen to the recordings. The transcripts are not evidence of what was actually said or who said it. It is up to you to decide whether the transcripts correctly reflect what was said and who said it. If you noticed any difference between what you heard on the recordings and what you read in the transcripts, you must rely on what you heard, not what you read. And if after careful listening, you could not hear or understand certain parts of the recordings, you must ignore the transcripts as far as those parts are concerned.

FEDERAL CRIMINAL JURY INSTRUCTION 3.17

GOVERNMENT'S INSTRUCTION NO. _____16_____

Even though the defendants are being tried together, you must give each of them separate consideration. In doing this, you must analyze what the evidence shows about each defendant, leaving out of consideration any evidence that was admitted solely against some other defendant or defendants. Each defendant is entitled to have his case decided on the evidence and the law that applies to that defendant.

FEDERAL CRIMINAL JURY INSTRUCTION 4.05

GOVERNMENT'S INSTRUCTION NO. _____17_____

When the word "knowingly" the phrase "the defendants knew" is used in these instructions, it means that the defendants realized what they were doing and were aware of the nature of their conduct, and did not act through ignorance, mistake or accident. Knowledge may be proved by the defendants' conduct, and by all the facts and circumstances surrounding the case.

You may infer knowledge from a combination of suspicion and indifference to the truth. If you find that a person had a strong suspicion that things were not what they seemed or that someone had withheld some important facts, yet shut their eyes for fear of what they would learn, you may conclude that they acted knowingly, as I have used that work. You may not conclude that the defendant had knowledge if they were merely negligent in not discovering the truth.

FEDERAL CRIMINAL JURY INSTRUCTION 4.06



When the word "knowingly" the phrase "the defendants knew" is used in these instructions, it means that the defendants realized what they were doing and were aware of the nature of their conduct, and did not act through ignorance, mistake or accident.  Knowledge may be proved by the defendants' conduct, and by all the facts and circumstances surrounding the case.

You may infer knowledge from a combination of suspicion and indifference to the truth. If you find that a person had a strong suspicion that things were not what they seemed or that someone had withheld some important facts, yet shut their eyes for fear of what they would learn, you may conclude that they acted knowingly, as I have used that work.  You may not conclude that the defendant had knowledge if they were merely negligent in not discovering the truth.

GOVERNMENT'S INSTRUCTION NO. _17-A_

When the word "knowingly" is used in these instructions, it means that a defendant realized what he was doing and was aware of the nature of his conduct, and did not act through ignorance, mistake or accident. Knowledge may be proved by a defendant's conduct, and by all the facts and circumstances surrounding the case.

You may infer knowledge from a combination of suspicion and indifference to the truth. If you find that a person had a strong suspicion that things were not what they seemed or that someone had withheld some important facts, yet shut their eyes for fear of what they would learn, you may conclude that they acted knowingly, as I have used that word. You may not conclude that a defendant had knowledge if he was merely negligent in not discovering the truth.

FEDERAL CRIMINAL JURY INSTRUCTION 4.06

GOVERNMENT'S INSTRUCTION NO. _____*18*_____

A person responsible for the conduct of another may be found guilty even though the one who it is claimed committed the crime has not been found guilty.

FEDERAL CRIMINAL JURY INSTRUCTION 5.01

GOVERNMENT'S INSTRUCTION NO. _____ *19*

An offense may be committed by more than one person.  A defendant's guilt may be established without proof that the defendant personally performed every act constituting the crime charged.


FEDERAL CRIMINAL JURY INSTRUCTION 5.05

GOVERNMENT'S INSTRUCTION NO. __20__

Any person who knowingly aids, counsels, commands, induces or procures the commission of an offense may be found guilty of that offense. That person must knowingly associate with the criminal activity, participate in the activity, and try to make it succeed.


FEDERAL CRIMINAL JURY INSTRUCTION 5.06a

GOVERNMENT'S INSTRUCTION NO. ___21___

   If a defendant knowingly caused the acts of another, the defendant is responsible for those acts as though he personally committed them.


FEDERAL CRIMINAL JURY INSTRUCTION 5.06b

GOVERNMENT'S INSTRUCTION NO. __22__

A conspiracy is an agreement between two or more persons to accomplish an unlawful purpose. To sustain the charge of conspiracy in Count 1, the government must prove:

First, that the conspiracy as charged in Count 1 existed, and

Second, that the defendants knowingly became a member of the conspiracy with an intention to further the conspiracy.

If you find from your consideration of all the evidence that each of these propositions has been proved beyond a reasonable doubt, then you should find the defendants guilty.

If, on the other hand, you find from your consideration of all of the evidence that any of these propositions has not been proved beyond a reasonable doubt, then you should find the defendants not guilty.

A conspiracy may be established even if its purpose was not accomplished.

It is not necessary that all the overt acts charged in the indictment be proved, and the overt act proved may itself be a lawful act.

To be a member of the conspiracy, the defendant need not join at the beginning or know all the other members or the means by which its purpose was to be accomplished. The government must prove beyond a reasonable doubt that the defendant was aware of the common purpose and was a willing participant.

FEDERAL CRIMINAL JURY INSTRUCTION 5.08



A conspiracy is an agreement between two or more persons to accomplish an unlawful purpose.  To sustain the charge of conspiracy in Count 1, the government must prove:

First, that the conspiracy as charged in Count 1 existed, and

Second, that the defendants knowingly became a member of the conspiracy with an intention to further the conspiracy.

If you find from your consideration of all the evidence that each of these propositions has been proved beyond a reasonable doubt, then you should find the defendants guilty.

If, on the other hand, you find from your consideration of all of the evidence that any of these propositions has not been proved beyond a reasonable doubt, then you should find the defendants not guilty.

A conspiracy may be established even if its purpose was not accomplished.

It is not necessary that all the overt acts charged in the indictment be proved, and the overt act proved may itself be a lawful act.

To be a member of the conspiracy, the defendant need not join at the beginning or know all the other members or the means by which its purpose was to be accomplished.  The government must prove beyond a reasonable doubt that the defendant was aware of the common purpose and was a willing participant.

GOVERNMENT'S INSTRUCTION NO. 22-A

A conspiracy is an agreement between two or more persons to accomplish an unlawful

purpose. To sustain the charge of conspiracy in Count 1, the government must prove:

First, that the conspiracy as charged in Count 1 existed, and

Second, that a defendant knowingly became a member of the conspiracy with an intention

to further the conspiracy.

If you find from your consideration of all the evidence that each of these propositions has

been proved beyond a reasonable doubt, then you should find the defendant guilty.

If, on the other hand, you find from your consideration of all of the evidence that any of

these propositions has not been proved beyond a reasonable doubt, then you should find the

defendant not guilty.

A conspiracy may be established even if its purpose was not accomplished.

It is not necessary that all the overt acts charged in the indictment be proved, and the

overt act proved may itself be a lawful act.

To be a member of the conspiracy, a defendant need not join at the beginning or know all

the other members or the means by which its purpose was to be accomplished. The government

must prove beyond a reasonable doubt that the defendant was aware of the common purpose and

was a willing participant.


FEDERAL CRIMINAL JURY INSTRUCTION 5.08

A conspiracy is an agreement between two or more persons to accomplish an unlawful purpose.  To sustain the charge of conspiracy in Count 1, the government must prove:

First, that the conspiracy as charged in Count 1 existed, and

Second, that a defendant knowingly became a member of the conspiracy with an intention to further the conspiracy.

If you find from your consideration of all the evidence that each of these propositions has been proved beyond a reasonable doubt, then you should find the defendant guilty.

If, on the other hand, you find from your consideration of all of the evidence that any of these propositions has not been proved beyond a reasonable doubt, then you should find the defendant not guilty.

A conspiracy may be established even if its purpose was not accomplished.

It is not necessary that all the overt acts charged in the indictment be proved, and the overt act proved may itself be a lawful act.

To be a member of the conspiracy, a defendant need not join at the beginning or know all the other members or the means by which its purpose was to be accomplished.  The government must prove beyond a reasonable doubt that the defendant was aware of the common purpose and was a willing participant.

GOVERNMENT'S INSTRUCTION NO. **22-B**

     To sustain the charge of conspiracy in Count 1, the government must prove:

     First, that the conspiracy as charged in Count 1 existed, and

     Second, that a defendant knowingly became a member of the conspiracy with an intention to further the conspiracy.

     If you find from your consideration of all the evidence that each of these propositions has been proved beyond a reasonable doubt, then you should find the defendant guilty.

     If, on the other hand, you find from your consideration of all of the evidence that any of these propositions has not been proved beyond a reasonable doubt, then you should find the defendant not guilty.


FEDERAL CRIMINAL JURY INSTRUCTION 5.08 (modified)

GOVERNMENT'S INSTRUCTION NO. **22-C**

A conspiracy is an agreement between two or more persons to accomplish an unlawful purpose.

It is not necessary that all the overt acts charged in the indictment be proved, and the overt act proved may itself be a lawful act.

To be a member of the conspiracy, a defendant need not join at the beginning or know all the other members or the means by which its purpose was to be accomplished. The government must prove beyond a reasonable doubt that the defendant was aware of the common purpose and was a willing participant.


FEDERAL CRIMINAL JURY INSTRUCTION 5.08 (modified)

GOVERNMENT'S INSTRUCTION NO. _23_

A conspirator is responsible for offenses committed by his fellow conspirators if he was a member of the conspiracy when the offenses were committed and if the offenses were committed in furtherance of and as a foreseeable consequence of the conspiracy.

Therefore, if you find the defendant guilty of the conspiracy as charged in Count 1 and if you find beyond a reasonable doubt that while he was a member of the conspiracy, his fellow conspirators committed the offenses in Counts 2 - 18 in furtherance of and as a foreseeable consequence of that conspiracy, then you should find him guilty of the offenses as charged in Counts 2 - 18.

FEDERAL CRIMINAL JURY INSTRUCTION 5.09



A conspirator is responsible for offenses committed by his fellow conspirators if he was a member of the conspiracy when the offenses were committed and if the offenses were committed in furtherance of and as a foreseeable consequence of the conspiracy.

Therefore, if you find the defendant guilty of the conspiracy as charged in Count 1 and if you find beyond a reasonable doubt that while he was a member of the conspiracy, his fellow conspirators committed the offenses in Counts 2 - 18 in furtherance of and as a foreseeable consequence of that conspiracy, then you should find him guilty of the offenses as charged in Counts 2 - 18.

GOVERNMENT'S INSTRUCTION NO. **23-B**

A conspirator is responsible for offenses committed by his fellow conspirators if he was a member of the conspiracy when the offenses were committed and if the offenses were committed in furtherance of and as a foreseeable consequence of the conspiracy.

Therefore, if you find a defendant guilty of the conspiracy as charged in Count 1 and if you find beyond a reasonable doubt that while he was a member of the conspiracy, his fellow conspirators committed the offenses in Counts 2 - 18 in furtherance of and as a foreseeable consequence of that conspiracy, then you should find him guilty of the offenses as charged in Counts 2 - 18 where he is charged in the indictment.

If you find a defendant not guilty of the conspiracy as charged in Count 1, you must then go on to consider whether ~~they are~~ that defendant ~~is~~ guilty of ~~conduct in~~ Counts 2 through 18, giving each defendant separate consideration on each count.

FEDERAL CRIMINAL JURY INSTRUCTION 5.09 (modified)

*Gas amended*

A conspirator is responsible for offenses committed by his fellow conspirators if he was a member of the conspiracy when the offenses were committed and if the offenses were committed in furtherance of and as a foreseeable consequence of the conspiracy.

Therefore, if you find a defendant guilty of the conspiracy as charged in Count 1 and if you find beyond a reasonable doubt that while he was a member of the conspiracy, his fellow conspirators committed the offenses in Counts 2 - 18 in furtherance of and as a foreseeable consequence of that conspiracy, then you should find him guilty of the offenses as charged in Counts 2 - 18 where he is charged in the indictment.

If you find a defendant not guilty of the conspiracy as charged in Count 1, you must then go on to consider whether they are guilty of conduct in Counts 2 through 18, giving each defendant separate consideration on each count.

GOVERNMENT'S INSTRUCTION NO. _23-B_

A conspirator is responsible for offenses committed by his fellow conspirators if he was a member of the conspiracy when the offenses were committed and if the offenses were committed in furtherance of and as a foreseeable consequence of the conspiracy.

Therefore, if you find a defendant guilty of the conspiracy as charged in Count 1 and if you find beyond a reasonable doubt that while he was a member of the conspiracy, his fellow conspirators committed the offenses in Counts 2 - 18 in furtherance of and as a foreseeable consequence of that conspiracy, then you should find him guilty of the offenses as charged in Counts 2 - 18 where he is charged in the indictment.

If you find a defendant not guilty of the conspiracy as charged in Count 1, you must then go on to consider whether that defendant is guilty or not guilty of Counts 2 through 18, giving each defendant separate consideration on each count.

FEDERAL CRIMINAL JURY INSTRUCTION 5.09 (modified)

GOVERNMENT'S INSTRUCTION NO. 23-A

A conspirator is responsible for offenses committed by his fellow conspirators if he was a member of the conspiracy when the offenses were committed and if the offenses were committed in furtherance of and as a foreseeable consequence of the conspiracy.

Therefore, if you find a defendant guilty of the conspiracy as charged in Count 1 and if you find beyond a reasonable doubt that while he was a member of the conspiracy, his fellow conspirators committed the offenses in Counts 2 - 18 in furtherance of and as a foreseeable consequence of that conspiracy, then you should find him guilty of the offenses as charged in Counts 2 - 18 where he is charged in the indictment.

FEDERAL CRIMINAL JURY INSTRUCTION 5.09 (as amended)

A conspirator is responsible for offenses committed by his fellow conspirators if he was a member of the conspiracy when the offenses were committed and if the offenses were committed in furtherance of and as a foreseeable consequence of the conspiracy.

Therefore, if you find a defendant guilty of the conspiracy as charged in Count 1 and if you find beyond a reasonable doubt that while he was a member of the conspiracy, his fellow conspirators committed the offenses in Counts 2 - 18 in furtherance of and as a foreseeable consequence of that conspiracy, then you should find him guilty of the offenses as charged in Counts 2 - 18 where he is charged in the indictment.

GOVERNMENT'S INSTRUCTION NO. __24__

Upon retiring to the jury room, select one of your number as your Foreperson.  The Foreperson will preside over your deliberations and will be your representative here in court.

Forms of verdict have been prepared for you.

[~~Forms of verdict read.~~]

Take these forms to the jury room, and when you have reached unanimous agreement on the verdict, your Foreperson will fill in and date the appropriate form, and each of you will sign it.

FEDERAL CRIMINAL JURY INSTRUCTION 7.01

Upon retiring to the jury room, select one of your number as your Foreperson.  The Foreperson will preside over your deliberations and will be your representative here in court.

Forms of verdict have been prepared for you.

[Forms of verdict read.]

Take these forms to the jury room, and when you have reached unanimous agreement on the verdict, your Foreperson will fill in and date the appropriate form, and each of you will sign it.

GOVERNMENT'S INSTRUCTION NO. **24-A**

Upon retiring to the jury room, select one of your number as your Foreperson. The Foreperson will preside over your deliberations and will be your representative here in court.

Forms of verdict have been prepared for you.

Take these forms to the jury room, and when you have reached unanimous agreement on the verdict, your Foreperson will fill in and date the appropriate form, and each of you will sign it.

FEDERAL CRIMINAL JURY INSTRUCTION 7.01 (modified)

GOVERNMENT'S INSTRUCTION NO. _____25_____

Each count of the indictment charges each defendant named in that count with having committed a separate offense.

You must give separate consideration both to each count and to each defendant. You must consider each count and the evidence relating to it separate and apart from every other count.

You should return a separate verdict as to each defendant and as to each count. Your verdict of guilty or not guilty of an offense charged in one count should not control your decision as to that defendant under any other count.


FEDERAL CRIMINAL JURY INSTRUCTION 7.04

GOVERNMENT'S INSTRUCTION NO. ___26___

I do not anticipate that you will need to communicate with me. If you do, however, the only proper way is in writing, signed by the Foreperson, or if he or she is unwilling to do so, by some other juror, and given to the marshal.

FEDERAL CRIMINAL JURY INSTRUCTION 7.05

GOVERNMENT'S INSTRUCTION NO. _____27_____

The verdict must represent the considered judgment of each juror.  Your verdict, whether it be guilty or not guilty, must be unanimous.

You should make every reasonable effort to reach a verdict.  In doing so, you should consult with one another, express your own views, and listen to the opinions of your fellow jurors.  Discuss your differences with an open mind.  Do not hesitate to re-examine your own views and change your opinion if you come to believe it is wrong.  But you should not surrender your honest beliefs about the weight or effect of evidence solely because of the opinions of your fellow jurors or for the purpose of returning a unanimous verdict.

The twelve of you should give fair and equal consideration to all the evidence and deliberate with the goal of reaching an agreement which is consistent with the individual judgment of each juror.

You are impartial judges of the facts.  Your sole interest is to determine whether the government has proved its case beyond a reasonable doubt.


FEDERAL CRIMINAL JURY INSTRUCTION 7.06

GOVERNMENT'S INSTRUCTION NO. *28-A*

To sustain the charge of distribution as charged in Count 2, the government must prove the following propositions:

First, the defendant distributed a controlled substance;

Second, the defendant did so knowingly or intentionally; and,

Third, the defendant knew the substance was a controlled substance.

If you find from your consideration of all the evidence that each of these propositions has been proved beyond a reasonable doubt, then you should find the defendant guilty.

If, on the other hand, you find from your consideration of all the evidence that any of these propositions has not been proved beyond a reasonable doubt, then you should find the defendant not guilty.

21 U.S.C. § 841(a)(1)
7th Circuit at 375-376

GOVERNMENT'S INSTRUCTION NO. *28-B*

  To sustain the charge of distribution as charged in Counts 3 through 18, the government

must prove the following propositions:

  First, the defendant distributed a controlled substance; and,

  Second, the defendant did so knowingly or intentionally; and,

  Third, the defendant knew the substance was a controlled substance.

  If you find from your consideration of all the evidence that each of these propositions has

been proved beyond a reasonable doubt, then you should find the defendant guilty.

  If, on the other hand, you find from your consideration of all the evidence that any of

these propositions has not been proved beyond a reasonable doubt, then you should find the

defendant not guilty.

21 U.S.C. § 841(a)(1)
7th Circuit at 375-376

GOVERNMENT'S INSTRUCTION NO. ___28___      *—as charged through otor 10*

To sustain the charge of distributing cocaine base (crack), the government must prove the

following propositions:

First, the defendant distributed cocaine base (crack);

Second, the defendant did so knowingly or intentionally; and,

Third, the defendant knew the substance was a controlled substance.

If you find from your consideration of all the evidence that each of these propositions has

been proved beyond a reasonable doubt, then you should find the defendant guilty.

If, on the other hand, you find from your consideration of all the evidence that any of

these propositions has not been proved beyond a reasonable doubt, then you should find the

defendant not guilty.

21 U.S.C. § 841(a)(1)
7th Circuit at 375-376

To sustain the charge of distributing cocaine base (crack), the government must prove the following propositions:

First, the defendant distributed cocaine base (crack);

Second, the defendant did so knowingly or intentionally; and,

Third, the defendant knew the substance was a controlled substance.

If you find from your consideration of all the evidence that each of these propositions has been proved beyond a reasonable doubt, then you should find the defendant guilty.

If, on the other hand, you find from your consideration of all the evidence that any of these propositions has not been proved beyond a reasonable doubt, then you should find the defendant not guilty.

GOVERNMENT'S INSTRUCTION NO.  29

Distribution is the transfer of possession from one person to another.

21 U.S.C. § 841(a)(1)
7th Circuit at 377

GOVERNMENT'S INSTRUCTION NO. __30__

It is sufficient that the defendant knew that the substance was some kind of prohibited drug.  It does not matter whether the defendant knew that the substance was cocaine base (crack).

21 U.S.C. § 841(a)(1)
7th Circuit at 378

GOVERNMENT'S INSTRUCTION NO. *31*

    You are instructed that cocaine base (crack) is a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
7th Circuit at 381

You are instructed that cocaine base (crack) is a Schedule II controlled substance.

GOVERNMENT'S INSTRUCTION NO. _31-A_

+cocaine base

You are instructed that cocaine and cocaine base (crack) are Schedule II controlled

substances.

21 U.S.C. § 841(a)(1)
7th Circuit at 381

You are instructed that cocaine and cocaine base (crack) are Schedule II controlled substances.

GOVERNMENT'S INSTRUCTION NO. 32

     Crack is the street name for a form of cocaine base, usually prepared by processing

cocaine hydrochloride and sodium bicarbonate and usually appearing in a lumpy, rock like form.

U.S. v. Edwards, 397 F.3d 570, 572-575 (7th Cir. 2005)

U.S. v. Booker, 70 F.3d 488, 494 (7th Circ. 1995)



GOVERNMENT'S INSTRUCTION NO. 33

Certain summaries are in evidence. They truly and accurately summarize the contents of voluminous books, records or documents, and should be considered together with and in the same way as all other evidence in the case.

FEDERAL CRIMINAL JURY INSTRUCTION 3.15

E-FILED
Monday, 14 May, 2007  01:57:50 PM
Clerk, U.S. District Court, ILCD

GOVERNMENT'S INSTRUCTION NO. **38**

You have heard evidence that before the trial a witness made a statement that may be inconsistent with the witness's testimony here in court.  If you find that it is inconsistent, you may consider the earlier statement only in deciding the truthfulness and accuracy of that witness's testimony in this trial.  You may not use it as evidence of the truth of the matters contained in that prior statement.  If that statement was made under oath, you may also consider it as evidence of the truth of the matters contained in that prior statement.

FEDERAL CRIMINAL JURY INSTRUCTION 3.09

GOVERNMENT'S INSTRUCTION NO. **39**

A statement made by a defendant before trial that is inconsistent with the defendant's testimony here in court may be used by you as evidence of the truth of the matters contained in it, and also in deciding the truthfulness and accuracy of that defendant's testimony in this trial.

FEDERAL CRIMINAL JURY INSTRUCTION 3.10



A statement made by a defendant before trial that is inconsistent with the defendant's testimony here in court may be used by you as evidence of the truth of the matters contained in it, and also in deciding the truthfulness and accuracy of that defendant's testimony in this trial.

DEFENDANT'S INSTRUCTION NO:_____

You have heard evidence that a witness, namely, James Terry, Barbara Darling, Jennifer Delaney, and/or Douglas Sherman, has been convicted of a crime. You may consider this evidence only in deciding whether his or her testimony is truthful in whole, in part, or not at all. You may not consider this evidence for any other purpose.


FEDERAL CRIMINAL JURY INSTRUCTION 3.11 (modified)



You have heard evidence that a witness, namely, James Terry, Barbara Darling, Jennifer Delaney, and Douglas Sherman, has been convicted of a crime. You may consider this evidence only in deciding whether his or her testimony is truthful in whole, in part, or not at all. You may not consider this evidence for any other purpose.

GOVERNMENT'S INSTRUCTION NO. **13-B**

You have heard testimony from Douglas Sherman, James Terry, Barbara Darling, Anne Newman, and Jennifer Delaney who:

(a) received immunity; that is, a promise from the government that any testimony or other information he or she provided would not be used against him or her in a criminal case; and/or,

(b) received benefits from the government in connection with this case; and/or,

(c) stated that he or she was involved in the commission of the offenses as charged against the defendants.

You may give his or her testimony such weight as you feel it deserves, keeping in mind that it must be considered with caution and great care.

FEDERAL CRIMINAL JURY INSTRUCTION 3.13 (as modified)

You have heard testimony from Douglas Sherman, James Terry, Barbara Darling, Anne Newman, and Jennifer Delaney who:

(a) received immunity; that is, a promise from the government that any testimony or other information he or she provided would not be used against him or her in a criminal case; and/or,

(b)  received benefits from the government in connection with this case; and/or,

(c)  stated that he or she was involved in the commission of the offenses as charged against the defendants.

You may give his or her testimony such weight as you feel it deserves, keeping in mind that it must be considered with caution and great care.

If you find the defendant, Neashon Washington, guilty of Conspiracy as charged in Count 1 of the Indictment, next you must find, beyond a reasonable doubt, the quantity of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the amount of controlled substances involved in the conspiracy and reasonably foreseeable to Neashon Washington was:

_____ less than 5 grams

_____ 5 grams or more, but less than 50 grams

_____ 50 grams or more


_____     _____
                                      Foreperson

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

If you find the defendant, Terry Bennett, guilty of Conspiracy as charged in Count 1 of the Indictment, you must also find beyond a reasonable doubt the quantity of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the amount of controlled substances involved in the conspiracy and necessary foreseeable to Terry Bennett was:

_____ less than 5 grams

\_\_\_\_\_5 grams or more, but less than 50 grams

\_\_\_\_\_50 grams or more

_____        _____
                                        Foreperson

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

GOVERNMENT'S INSTRUCTION NO. 40

Based on their experience, crack users and experienced drug agents familiar with crack on the street are qualified to give an opinion that a substance is cocaine base crack.  It is up to you to determine how much weight, if any, to give to those opinions.

The testimony of an experienced drug agent in combination with a forensic analysis, which prove the substance contained cocaine base, is sufficient to prove that a substance is crack.

*U.S. v. Anderson,* 450 F.3D 294, 301 (7th Cir. 2006)
*U.S. v. Linton,* 235 F.3d 323 (7th Cir. 2000)
*U.S. v. Bradley,* 165 F.3d 594 (7th Cir. 1999)
*U.S. v. Griffin,* 194 F.3d 808 (7th Cir. 1999)

If you find the defendant, Neashon Washington, guilty of Conspiracy to Distribute Cocaine Base (crack) as charged in Count 1 of the Indictment, the jury must also find beyond a reasonable doubt the quantity of drugs involved. Indicate your findings as to the quantity of drugs below and have each juror sign this form.

We, the jury, find that Neashon Washington is responsible for the following amounts of cocaine base (crack) involved in the conspiracy:

_____ less than 5 grams

_____5 grams or more, but less than 50 grams

_____50 grams or more

_____          _____
                                           Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

40

If you find the defendant, Terry Bennett, guilty of Conspiracy to Distribute Cocaine Base (crack) as charged in Count 1 of the Indictment, the jury must also find beyond a reasonable doubt the quantity of drugs involved. Indicate your findings as to the quantity of drugs below and have each juror sign this form.

We, the jury, find that Terry Bennett is responsible for the following amounts of cocaine base (crack) involved in the conspiracy:

_____ less than 5 grams

_____5 grams or more, but less than 50 grams

_____50 grams or more

_____     _____
Foreperson

_____     _____

_____     _____

_____     _____

_____     _____

42

GOVERNMENT'S INSTRUCTION NO. 40A

Based on their experience, crack users and experienced drug agents familiar with crack on the street are qualified to give an opinion that a substance is cocaine base crack. It is up to you to determine how much weight, if any, to give to those opinions.

*U.S. v. Anderson,* 450 F.3D 294, 301 (7th Cir. 2006)
*U.S. v. Linton,* 235 F.3d 323 (7th Cir. 2000)
*U.S. v. Bradley,* 165 F.3d 594 (7th Cir. 1999)
*U.S. v. Griffin,* 194 F.3d 808 (7th Cir. 1999)

Based on their experience, crack users and experienced drug agents familiar with crack on the street are qualified to give an opinion that a substance is cocaine base crack. It is up to you to determine how much weight, if any, to give to those opinions.

Based on their experience, crack users and experienced drug agents familiar with crack on the street are qualified to give an opinion that a substance is cocaine base crack.  It is up to you to determine how much weight, if any, to give to those opinions.

Based on their experience, crack users and experienced drug agents familiar with crack on the street are qualified to give an opinion that a substance is cocaine base crack.  It is up to you to determine how much weight, if any, to give to those opinions.

Based on their experience, crack users and experienced drug agents familiar with crack on the street are qualified to give an opinion that a substance is cocaine base crack.  It is up to you to determine how much weight, if any, to give to those opinions.

Based on their experience, crack users and experienced drug agents familiar with crack on the street are qualified to give an opinion that a substance is cocaine base crack.  It is up to you to determine how much weight, if any, to give to those opinions.

GOVERNMENT'S INSTRUCTION NO. 40

Based on their experience, crack users and experienced drug agents familiar with crack on the street are qualified to give an opinion that a substance is cocaine base crack.  It is up to you to determine how much weight, if any, to give to those opinions.

The testimony of an experienced drug agent in combination with a forensic analysis, which prove the substance contained cocaine base, is sufficient to prove that a substance is crack.

Based on their experience, crack users and experienced drug agents familiar with crack on the street are qualified to give an opinion that a substance is cocaine base crack.  It is up to you to determine how much weight, if any, to give to those opinions.

The testimony of an experienced drug agent in combination with a forensic analysis, which prove the substance contained cocaine base, is sufficient to prove that a substance is crack.

GOVERNMENT'S INSTRUCTION NO. 40

*Based on their experience,*

~~The experts on whether cocaine base is crack are crack dealers,~~ crack users and experienced drug agents familiar with crack on the street *are qualified to give an opinion that a substance is cocaine base crack.*

The testimony of an experienced drug agent in combination with a forensic analysis, which prove the substance contained cocaine base, is sufficient to prove that a substance is crack.

~~It is up to you to deter~~

~~deter~~ *It is up to you to determine how much weight, if any, to give to those opinions.*

*U.S. v. Anderson*, 450 F.3d 294, 301 (7th Cir. 2006)
*U.S. v. Linton*, 235 F.3d 328 (7th Cir. 2000)
*U.S. v. Bradley*, 165 F.3d 594 (7th Cir. 1999)
*U.S. v. Griffin*, 194 F.3d 808 (7th Cir. 1999)

The experts on whether cocaine base is crack are crack dealers, crack users and experienced drug agents familiar with crack on the street.

The testimony of an experienced drug agent in combination with a forensic analysis, which prove the substance contained cocaine base, is sufficient to prove that a substance is crack.

GOVERNMENT'S INSTRUCTION NO._____

If you find the defendant, Adrein Bennett, guilty of Conspiracy as charged in Count 1 of the Indictment, next you must find beyond a reasonable doubt the quantity of drugs involved. Indicate your findings as to the quantity of drugs below and have each juror sign this form.

We, the jury, find that the amount of controlled substances involved in the conspiracy and reasonably foreseeable to Adrein Bennett was:

_____ less than 5 grams

_____5 grams or more, but less than 50 grams

_____50 grams or more

*The last 3 pages in here have Gov'ts Instruction No at the top - Have to have clean copy w/o that wording*

GOVERNMENT'S INSTRUCTION NO._____

If you find the defendant, Neashon Washington, guilty of Conspiracy as charged in Count 1 of the Indictment, next you must find beyond a reasonable doubt the quantity of drugs involved. Indicate your findings as to the quantity of drugs below and have each juror sign this form.

We, the jury, find that the amount of controlled substances involved in the conspiracy and reasonably foreseeable to Neashon Washington was:

_____ less than 5 grams

_____ 5 grams or more, but less than 50 grams

_____ 50 grams or more


_____     _____
                              Foreperson

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

GOVERNMENT'S INSTRUCTION NO._____

If you find the defendant, Terry Bennett, guilty of Conspiracy as charged in Count 1 of the Indictment, next you must find beyond a reasonable doubt the quantity of drugs involved. Indicate your findings as to the quantity of drugs below and have each juror sign this form.

We, the jury, find that the amount of controlled substances involved in the conspiracy and reasonably foreseeable to Terry Bennett was:

_____ less than 5 grams

_____5 grams or more, but less than 50 grams

_____50 grams or more

_____          _____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

GOVERNMENT'S INSTRUCTION NO. **8-A**

The indictment in this case is the formal method of accusing the defendants of offenses and placing the defendants on trial. It is not evidence against the defendants and does not create any inference of guilt.

Each of the defendants is charged with the offenses of conspiracy to distribute cocaine base (crack) and distribution of cocaine base (crack). The defendants have pleaded not guilty to the charges. *As to Count 2, Count II charges distribution of cocaine.*

FEDERAL CRIMINAL JURY INSTRUCTION 2.01

The indictment in this case is the formal method of accusing the defendants of offenses and placing the defendants on trial. It is not evidence against the defendants and does not create any inference of guilt.

Each of the defendants is charged with the offenses of conspiracy to distribute cocaine base (crack) and distribution of cocaine base (crack). The defendants have pleaded not guilty to the charges.

We the jury find the defendant,

**ADREIN BENNETT**

Guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 2 of the Indictment.

_____
Foreperson

We the jury find the defendant,

**ADREIN BENNETT**

Not guilty of the charge of Distribution of cocaine base (crack) as alleged in Count 2 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

GOVERNMENT'S INSTRUCTION NO._____

If you find any defendant guilty of Conspiracy as charged in Count 1 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the conspiracy charged in Count 1 was to distribute:

_____cocaine base

_____cocaine base (crack)

_____    _____
                                     Foreperson

_____    _____


_____    _____


_____    _____


_____    _____


_____    _____

If you find any defendant guilty of Conspiracy as charged in Count 1 of the Indictment, next you must find, beyond a reasonable doubt, the type of drugs involved.  Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the conspiracy charged in Count 1 was to distribute:

_____ cocaine

_____cocaine base

_____cocaine base (crack)

_____        _____
                                        Foreperson

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

You are not to speculate about or discuss what sentence a defendant might receive if you return a guilty verdict.  You are not to consider potential sentences in any way in reaching your verdicts.  You have no role to play in the matter of sentencing.  Sentencing is solely the duty of the Judge.



_____
_____     Foreperson

# United States vs. Bennett, et al.

| COUNT | WEIGHT |
|:---:|:---:|
| 3 | 1.5 |
| 4 | 0.9 |
| 5 | 1.8 |
| 6 | 1.8 |
| 7 | 3.0 |
| 8 | 2.3 |
| 9 | 1.6 |
| 10 | 2.3 |
| 11 | 3.2 |
| 12 | 4.1 |
| 13 | 3.7 |
| 14 | 2.9 |
| 15 | 3.5 |
| 16 | 3.3 |
| 17 | 2.6 |
| 18 | 8.0 |
|  |  |
| Total | 46.5 |

# United States vs. Bennett, et al.

| COUNT | WEIGHT |
|-------|--------|
| 3 | 1.5 |
| 4 | 0.9 |
| 5 | 1.8 |
| 6 | 1.8 |
| 7 | 3.0 |
| 8 | 2.3 |
| 9 | 1.6 |
| 10 | 2.3 |
| 11 | 3.2 |
| 12 | 4.1 |
| 13 | 3.7 |
| 14 | 2.9 |
| 15 | 3.5 |
| 16 | 3.3 |
| 17 | 2.6 |
| 18 | 8.0 |
|  |  |
| Total | 46.5 |

We the jury find the defendant,

**ADREIN BENNETT**

_____    GUILTY

_____    NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 4 of the Indictment.

_____
Foreperson

We the jury find the defendant,

**TERRY BENNETT**

_____     GUILTY

_____     NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 4 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,

**ADREIN BENNETT**

_____    GUILTY

_____    NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 5 of the Indictment.


_____
Foreperson


_____    _____


_____    _____


_____    _____


_____    _____


_____    _____


_____

We the jury find the defendant,

**NEASHON WASHINGTON**

_____     GUILTY

_____     NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 5 of the Indictment.

_____
Foreperson

We the jury find the defendant,

**ADREIN BENNETT**

_____    GUILTY

_____    NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 6 of the Indictment.

_____
Foreperson

We the jury find the defendant,


**NEASHON WASHINGTON**


_____     GUILTY

_____     NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 6 of the Indictment.


_____
Foreperson

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____

We the jury find the defendant,

**ADREIN BENNETT**

_____   GUILTY

_____   NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 7 of the Indictment.

_____
Foreperson

We the jury find the defendant,

**NEASHON WASHINGTON**

_____     GUILTY

_____     NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 7 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,

**ADREIN BENNETT**

_____     GUILTY

_____     NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 8 of the Indictment.

_____
Foreperson

We the jury find the defendant,


**ADREIN BENNETT**


_____     GUILTY

_____     NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 9 of the Indictment.


_____

Foreperson

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____

We the jury find the defendant,

**ADREIN BENNETT**

_____    GUILTY

_____    NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 10 of the Indictment.

_____
Foreperson

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

_____

We the jury find the defendant,

**ADREIN BENNETT**

_____     GUILTY

_____     NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 11 of the Indictment.

_____
Foreperson

We the jury find the defendant,


**TERRY BENNETT**


_____     GUILTY

_____     NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 11 of the Indictment.


_____
Foreperson

We the jury find the defendant,

**ADREIN BENNETT**

_____    GUILTY

_____    NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 12 of the Indictment.

_____
Foreperson

We the jury find the defendant,


**ADREIN BENNETT**


_____     GUILTY

_____     NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 13 of the Indictment.


_____
Foreperson

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____

We the jury find the defendant,

**ADREIN BENNETT**

_____     GUILTY

_____     NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 14 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,

**NEASHON WASHINGTON**

_____     GUILTY

_____     NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 14 of the Indictment.

_____
Foreperson

We the jury find the defendant,

**ADREIN BENNETT**

_____    GUILTY

_____    NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 15 of the Indictment.

_____
Foreperson

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____

We the jury find the defendant,

**ADREIN BENNETT**

_____     GUILTY

_____     NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 16 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,

**NEASHON WASHINGTON**

_____     GUILTY

_____     NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 16 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

We the jury find the defendant,


**ADREIN BENNETT**


_____     GUILTY

_____     NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 17 of the Indictment.


_____
Foreperson

We the jury find the defendant,

**NEASHON WASHINGTON**

_____     GUILTY

_____     NOT GUILTY

of the charge of Distribution of a controlled substance as alleged in Count 17 of the Indictment.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

If you find any defendant guilty of Distribution as charged in Count 18 of the Indictment, next you must find, beyond a reasonable doubt, the quantity of drugs involved. Indicate your findings as to the items below and have each juror sign this form.

We, the jury, find that the amount of controlled substances involved in Count 18 was:

_____ less than 5 grams

_____5 grams or more, but less than 50 grams

_____50 grams or more

_____     _____
                                              Foreperson

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

INSTRUCTION NO. _____

You have heard evidence that Jennifer Delaney has been convicted of a crime. You may consider this evidence only in deciding whether Jennifer Delaney's testimony is truthful as a whole, in part, or not at all.  You may not consider this evidence for any other purpose.


FEDERAL CRIMINAL JURY INSTRUCTION 3.11

DEFENDANT'S INSTRUCTION NO. _____3_____

You have heard evidence that Jennifer Delaney has been convicted of a crime. You may consider this evidence only in deciding whether Jennifer Delaney's testimony is truthful as a whole, in part, or not at all.  You may not consider this evidence for any other purpose.

FEDERAL CRIMINAL JURY INSTRUCTION 3.11

INSTRUCTION NO. _____

You have heard evidence that James Terry has been convicted of a crime. You may consider this evidence only in deciding whether James Terry's testimony is truthful as a whole, in part, or not at all.  You may not consider this evidence for any other purpose.

FEDERAL CRIMINAL JURY INSTRUCTION 3.11



DEFENDANT'S INSTRUCTION NO. _____

     You have heard evidence that James Terry has been convicted of a crime. You may consider this evidence only in deciding whether James Terry's testimony is truthful as a whole, in part, or not at all.  You may not consider this evidence for any other purpose.

FEDERAL CRIMINAL JURY INSTRUCTION 3.11

INSTRUCTION NO. _____

You have heard evidence that Barbara Darling has been convicted of a crime. You may consider this evidence only in deciding whether Barbara Darling's testimony is truthful as a whole, in part, or not at all.  You may not consider this evidence for any other purpose.

FEDERAL CRIMINAL JURY INSTRUCTION 3.11

DEFENDANT'S INSTRUCTION NO. _____2_____

You have heard evidence that Barbara Darling has been convicted of a crime. You may consider this evidence only in deciding whether Barbara Darling's testimony is truthful as a whole, in part, or not at all. You may not consider this evidence for any other purpose.

FEDERAL CRIMINAL JURY INSTRUCTION 3.11

INSTRUCTION NO. _____

    You have heard evidence that Jennifer Parr has been convicted of a crime. You may consider this evidence only in deciding whether Jennifer Parr's testimony is truthful as a whole, in part, or not at all.  You may not consider this evidence for any other purpose.


FEDERAL CRIMINAL JURY INSTRUCTION 3.11

DEFENDANT'S INSTRUCTION NO. _4_

  You have heard evidence that Jennifer Parr has been convicted of a crime. You may consider this evidence only in deciding whether Jennifer Parr's testimony is truthful as a whole, in part, or not at all. You may not consider this evidence for any other purpose.

FEDERAL CRIMINAL JURY INSTRUCTION 3.11

GOVERNMENT'S INSTRUCTION NO. __8A__

The indictment in this case is the formal method of accusing the defendants of offenses and placing the defendants on trial. It is not evidence against the defendants and does not create any inference of guilt.

Each of the defendants is charged with the offenses of conspiracy to distribute cocaine base (crack) and distribution of cocaine base (crack). Count 2 charges distribution of cocaine. The defendants have pleaded not guilty to the charges.

FEDERAL CRIMINAL JURY INSTRUCTION 2.01

COURT'S INSTRUCTION NO. 1

You are not to speculate about or discuss what sentence a defendant might receive if you return a guilty verdict. You are not to consider potential sentences in any way in reaching your verdicts. You have no role to play in the matter of sentencing. Sentencing is solely the duty of the Judge.

# United States vs. Bennett, et al.

| COUNT | DEFENDANT | WEIGHT |
|---|---|---|
| 3 | Adrein Bennett<br>Neashon Washington | 1.5 |
| 4 | Adrein Bennett<br>Terry Bennett | 0.9 |
| 5 | Adrein Bennett<br>Neashon Washington | 1.8 |
| 6 | Adrein Bennett<br>Neashon Washington | 1.8 |
| 7 | Adrein Bennett<br>Neashon Washington | 3.0 |
| 8 | Adrein Bennett | 2.3 |
| 9 | Adrein Bennett | 1.6 |
| 10 | Adrein Bennett | 2.3 |
| 11 | Adrein Bennett<br>Terry Bennett | 3.2 |
| 12 | Adrein Bennett | 4.1 |
| 13 | Adrein Bennett | 3.7 |
| 14 | Adrein Bennett<br>Neashon Washington | 2.9 |
| 15 | Adrein Bennett | 3.5 |
| 16 | Adrein Bennett<br>Neashon Washington | 3.3 |
| 17 | Adrein Bennett<br>Neashon Washington | 2.6 |
| 18 | Neashon Washington | 8.0 |
|  |  |  |
|  | Total | 46.5 |