1:06-cr-10033-MMM-JAG    # 124    Page 1 of 3

**E-FILED**
Wednesday, 22 August, 2007  11:29:27 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No. 06-10033 |
| | ) | |
| ADREIN BENNETT, TERRY BENNETT, | ) | |
| NEASHON WASHINGTON, DOUGLAS | ) | |
| SHERMAN, and KONTYUS ROBINSON. | ) | |
| Defendants. | ) | |

MOTION TO CONTINUE

NOW COMES John P. Lonergan, Attorney for the Defendant, ADREIN BENNETT, and asks that this Honorable Court grant a continuance of the sentencing hearing now set to proceed on September 7, 2004, and in support of said Motion states as follows:

1. That John P. Lonergan is Attorney of Record for the Defendant, ADREIN BENNETT.

2. That Counsel has met with representatives from the U.S. attorney's office and co-counsel and has determined that the PSR objections for all parties are essentially identical.  Indications are that the U.S. Attorney will be calling numerous witness and soliciting lengthy testimony and cross-examination.

3. That counsel has conferred with attorneys for the other Defendants', with the exception of Defendant Sherman, and all parties and counsel agree that Defendants should be sentenced on the same date for purposes of judicial efficiency.

4. That all Defense Counsel, John Lonergan, Jeff Flanagan, William Loeffel and Mike Petro join in this motion.

5. That counsel has spoken to Tate Chambers who does not object to this motion.

6. That this motion is not made for purpose of delay, but is made in the interests of justice.

WHEREFORE, John P. Lonergan respectfully prays that this Honorable Court grant his motion for a continuation of the sentencing hearing to a date when all Defendants and counsel may be present.

      /S/ John P. Lonergan
      John P. Lonergan, Attorney for Defendant

STATE OF ILLINOIS   )
                ) SS.
COUNTY OF PEORIA )

John P. Lonergan, being first and duly sworn, upon oath, deposes and states that he is attorney of record for the Defendant in the above-captioned matter; that he has read the above and foregoing Motion and that the allegations contained therein are true and correct.

      /s/ John P. Lonergan
      John P. Lonergan, Attorney for Defendant

John P. Lonergan, P.C.
Attorney for Adrein Bennett
411 Hamilton Blvd., Suite 1708
Peoria, Illinois 61602
Phone:  (309) 673-3939
Facsimile:  (309) 676-5489
Email:  jplonergan@hotmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,                    )
                    Plaintiff,        )
                                 )
    vs.                                      )          Criminal No. 06-10033
                                 )
ADREIN BENNETT, TERRY BENNETT,   )
NEASHON WASHINGTON, DOUGLAS    )
SHERMAN, and KONTYUS ROBINSON.  )
                  Defendants.    )

CERTIFICATE OF SERVICE

       I hereby certify that on August 22, 2007, I electronically filed the Defendant's Motion to Continue with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tate Chambers of the United States Attorney's Office.

                                    /s/ John P. Lonergan
                                    JOHN P. LONERGAN
                                    Bar Number 6211885
                                    Attorney for Defendant: Adrein Bennett
                                    411 Hamilton Blvd., Suite 1708
                                    Peoria, Illinois  61602
                                    Phone: (309) 673-3939
                                    Fax : (309) 676-5489
                                    E-mail : jplonergan@hotmail.com