IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 06-10033 |
| | ) | |
| ADREIN BENNETT, et al. | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S SENTENCING MEMORANDUM CONCERNING
MANDATORY MINIMUM SENTENCES ON COUNT 1 - CONSPIRACY**

Now comes the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and requests this Court to determine mandatory minimum sentences as follows:

A.  Neashon Washington

   1.  Although the jury did not make a finding on Count 1 (Conspiracy) as to drug weight, this Court has the discretion to do so. Judges may continue to find facts that set a statutory minimum sentence "even after *Apprendi*..." *Harris v. United States*, 536 U.S. 545, 550 (2002); *United States v. Rivera*, 411 F.3d 864, 866 (7th Cir. 2005).

    2. The sworn testimony of Agent Brock, witness Jennifer Delaney, and witness Doug Sherman establish that more than 50 grams of crack cocaine were trafficked by the conspirators herein.

    3. By finding that the conspiracy trafficked in more than 50 grams of crack cocaine, this Court should find that a mandatory minimum sentence of 10 years to Life applies to the Conspiracy charge pursuant to 21 U.S.C. §841(a)(1) and (b)(1)(A).

    4. Since the jury determined that the weight of the crack cocaine for Count 18 was more than 5 grams but less than 50 grams, the PSR properly determines that a mandatory minimum sentence of 5 years to 40 years applies pursuant to 21 U.S.C. §841(a)(1) and (b)(1)(B).

B. Adrein Bennett

    1. Although the jury did not make a finding on Count 1 (Conspiracy) as to drug weight, this Court has the discretion to do so. Judges may continue to find facts that set a statutory minimum sentence "even after *Apprendi*..." *Harris v. United States*, 536 U.S. 545, 550 (2002); *United States v. Rivera*, 411 F.3d

        864, 866 (7th Cir. 2005)

    2. The sworn testimony of Agent Brock, witness Jennifer Delaney, and witness Doug Sherman establish that more than 50 grams of crack cocaine were trafficked by the conspirators herein.

    3. By finding that the conspiracy trafficked in more than 50 grams of crack cocaine, this Court should find that a mandatory minimum sentence of 10 years to Life applies to the Conspiracy charge pursuant to 21 U.S.C. §841(a)(1) and (b)(1)(A).  In addition, since Adrein Bennett has a prior felony drug conviction (PSR p.13 ¶53), his mandatory minimum sentence is enhanced to 20 years to Life.

C. Terry Bennett

    1. The jury determined that the Conspiracy involved more than 50 grams of crack cocaine.

    2. The Presentence Report has properly determined that a mandatory minimum sentence of 10 years to Life applies pursuant to 21 U.S.C. §841(a)(1) and (b)(1)(A).

D. Kontyus Robinson

    1. The Presentence Report properly attributes 10.53 grams of

   crack cocaine to the defendant in arriving at a mandatory minimum sentence of 5 years to 40 years.

E. The United States requests this Court to make the necessary findings outlined above to determine the mandatory minimum sentences for Adrein Bennett and Neashon Washington on Count 1 (Conspiracy).

   Respectfully submitted,

   <u>s/:Bradley W. Murphy</u>
   BRADLEY W. MURPHY
   Assistant United States Attorney
   One Technology Plaza
   211 Fulton Street, 4th Floor
   Peoria, Illinois 61602
   Telephone: 309.671.7050

## CERTIFICATE OF SERVICE

I hereby certify that on **December 14, 2007**, I electronically filed the **GOVERNMENT'S SENTENCING MEMORANDUM CONCERNING MANDATORY MINIMUM SENTENCES ON COUNT 1 - CONSPIRACY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

>John Lonergan
>
>William Loeffel
>
>Michael Petro
>
>Jeff Flannagan

>**s/: Margo L. Scamp**
>**Legal Assistant**