UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Docket No. 06-10033 |
| | ) |
| ADREIN BENNETT, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF APPEAL TO A COURT OF APPEALS FROM
A JUDGMENT OR ORDER OF A DISTRICT COURT

Notice is hereby given that ADREIN BENNETT, Defendant, by and through his attorney, John P. Lonergan, P.C., hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment of conviction and sentence entered in this action on the 17th day of December, 2007.

Respectfully Submitted,
ADREIN BENNETT, Defendant

By: /s/ John P. Lonergan
John P. Lonergan, P.C.

John P. Lonergan, P.C.
Attorney at Law
411 Hamilton Blvd., Suite 1708
Peoria, Illinois 61602
Telephone: (309) 673-3939
Facsimile: (309) 676-5489
jplonergan@hotmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | Criminal No. 06-10033 |
| ) | |
| ADREIN BENNETT, ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2007, I electronically filed the Defendant's Notice of Appeal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: United States Attorney's Office.

                                            /s/ John P. Lonergan
                                            JOHN P. LONERGAN
                                            Bar Number 6211885
                                            Attorney for Defendant, Adrein Bennett
                                            411 Hamilton Blvd., Suite 1708
                                            Peoria, Illinois  61602
                                            Phone: (309) 673-3939
                                            Fax : (309) 676-5489
                                            E-mail : jplonergan@hotmail.com