## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL

Docket No.: 06-10033-01

Division: Peoria

***Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)***

Adrein Bennett                    v.    USA

-------------------------------------------------------------------------------------------------------------------------

**Current Counsel for Plaintiff (Petitioner):**     **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: John P. Lonergan | Name: Bradley W. Murphy |
| Firm: | Firm: U.S. Attorney |
| Address: Suite 1708, 411 Hamilton | Address: Suite 400, 211 Fulton St. |
| Peoria, IL 61602 | Peoria, IL 61602 |
| Phone: 309-673-3939 | Phone: 309-671-7050 |

-------------------------------------------------------------------------------------------------------------------------

Judge: Michael M. Mihm

Nature of Suit Code:

Court Reporter: K. Hanna

Date Filed in District Court: 4/20/06

Date of Judgment: not entered yet

Date of Notice of Appeal: 12/19/07

Counsel:  __X_Appointed      ___Retained      ___Pro Se

Fee Status:    ___Paid      __X_Due      ___IFP      ___IFP Pending      ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:      ___Yes      __X_No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  13482-026

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**