

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**PAMELA E. ROBINSON**
**CLERK OF COURT**

**OFFICE OF THE CLERK**
**309 U.S. COURTHOUSE**
**100 N. E MONROE STREET**
**PEORIA, ILLINOIS 61601**

**TEL: 309.671.7117**
**FAX: 309.671.7120**

Susan Kister
8015 Forsyth Blvd.
St. Louis, MO 63105

Re: 06-10033-001 USA v Adrein Bennett

February 7, 2008

Dear Ms.Kister:

Pursuant to an Order entered by the Seventh Circuit Court of Appeals on 1/30/08 appointing you as counsel for the above referenced defendant, enclosed please find the original record on appeal. It consists of 1 volume of pleadings, 1 loose pleading and 4 transcripts. Please sign the enclosed receipt and return in the postage paid envelope.

When you are finished with the record, please return all parts to our office; do not send it to the Court of Appeals.

Yours truly,

s/ Pamela E. Robinson

Pamela E. Robinson, Clerk


PER/tk