

E-FILED
Tuesday, 12 February, 2008  12:03:56 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 1 2 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

February 7, 2008

| | | |
|---|---|---|
| USA<br>    Plaintiff | )<br>)<br>)<br>) | |
| vs | )<br>) | Case # 06-10033-001 |
| Adrein Bennett<br>    Defendant | )<br>)<br>)<br>) | |

### RECEIPT

Received from Pamela E. Robinson, Clerk, United States District Court for the Central District of Illinois, original ROA consisting of 1 volume of pleadings, loose pleading #105, and transcripts #101, 102, 103, and 104.  *missing #101*

Date: 2/8/08

Susan Kister, attorney for Adrein Bennett