E-FILED
Thursday, 14 February, 2008  11:44:23 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## Central District of Illinois

UNITED STATES DISTRICT COURT ) SS:
) 
CENTRAL DISTRICT OF ILLINOIS )

I, **PAMELA E. ROBINSON,** Clerk of the United States District Court in and for the Central District of Illinois, do hereby certify the following to be an *additional* portion of the original proceedings filed in my office at Peoria, Illinois, in the matter of **USA vs Adrein Bennett, criminal case #03-10033:**

**Official Court Reporters Transcript from Sentencing hearing held 12/17/07.**

**IN TESTIMONY WHEREOF**, I have

hereunto subscribed my name

and affixed the seal of the

aforesaid Court at Peoria, IL

**this 14th day of February, 2008.**

s/Pamela Robinson

by: **H/Kallister**

**Clerk, U.S. District Court**



# UNITED STATES DISTRICT COURT

PAMELA E. ROBINSON  
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK  
309 U.S. COURTHOUSE  
100 N.E. MONROE STREET  
PEORIA, ILLINOIS 61602

TEL: 309.671.7117  
FAX: 309.671.7120

February 14, 2008

| | |
|---|---|
| USA )<br>    Plaintiff )<br>)<br>)<br>        vs )<br>)<br>Adrein Bennett )<br>    Defendant )<br>) | Case # 06-10033-01 |

**RECEIPT**

**Received** from Pamela E. Robinson, Clerk, United States District Court for the Central District of Illinois document #179-Official Court Reporters Transcript of Sentencing hearing held on 12/17/07.

Date: _____    _____  
                             Susan Kister