E-FILED
Tuesday, 19 February 2008 12:50:39 PM
Clerk, U.S. District Court, ILCD
FILED
FEB 19 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
#### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

February 8, 2008

| | | |
|---|---|---|
| USA<br>    Plaintiff | ) ) ) ) | |
| vs | ) ) | Case # 06-10033-001 |
| Adrein Bennett<br>    Defendant | ) ) ) | |

## RECEIPT

**Received** from Pamela E. Robinson, Clerk, United States District Court for the Central District of Illinois, 1 transcript #101.

Date: 2/11/08

_____
Susan Kister, Attorney for Adrein Bennett