

**UNITED STATES DISTRICT COURT**

PAMELA E. ROBINSON
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

FILED
FEB 2 2 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

February 14, 2008

| | | |
|---|---|---|
| USA<br>   Plaintiff | ) ) ) ) ) | |
| vs | ) ) | Case # 06-10033-01 |
| Adrein Bennett<br>   Defendant | ) ) ) ) | |

### RECEIPT

**Received** from Pamela E. Robinson, Clerk, United States District Court for the Central District of Illinois document #179-Official Court Reporters Transcript of Sentencing hearing held on 12/17/07.

Date: 2/18/08

_____
Susan Kister